OMB NO. 2502-0265

A.

**U.S. DEPARTMENT OF HOUSING & URBAN DEVELOPMENT**

## SETTLEMENT STATEMENT

B. TYPE OF LOAN:

1. ☐ FHA 2. ☐ FmHA 3. ☒ CONV. UNINS. 4. ☐ VA 5. ☐ CONV. INS.

6. FILE NUMBER: CLT-200511761NC

7. LOAN NUMBER: 115683340

8. MORTGAGE INS CASE NUMBER:

C. NOTE: *This form is furnished to give you a statement of actual settlement costs. Amounts paid to and by the settlement agent are shown. Items marked "[POC]" were paid outside the closing; they are shown here for informational purposes and are not included in the totals.*

1.0 3/98 (CLT-200511761NC.PFD/CLT-200511761NC/10)

D. NAME AND ADDRESS OF BORROWER:
John A. Nell
21 S. Forest Beach
Hilton Head, SC 29901

E. NAME AND ADDRESS OF SELLER:

F. NAME AND ADDRESS OF LENDER:
Wieland Finanical Services
1950 Sullivan Road
Atlanta, GA 30337

G. PROPERTY LOCATION:
21 S. Forest Beach
Hilton Head, SC 29901
Beaufort County, South Carolina
Apartment # 107
Shorewood II Horizontal
Property Regime

H. SETTLEMENT AGENT: 58-1328729
Morris Hardwick Schneider, PLLC

PLACE OF SETTLEMENT
6525 Morrison Avenue, Suite 115
Charlotte, NC 28211

I. SETTLEMENT DATE:
November 21, 2005

### J. SUMMARY OF BORROWER'S TRANSACTION

| | |
|---|---|
| **100. GROSS AMOUNT DUE FROM BORROWER:** | |
| 101. Contract Sales Price | |
| 102. Personal Property | |
| 103. Settlement Charges to Borrower (Line 1400) | 13,252.20 |
| 104. Payoff First Mortgage | |
| 105. Payoff Second Mortgage | |
| *Adjustments For Items Paid By Seller in advance* | |
| 106. City/Town Taxes to | |
| 107. County Taxes to | |
| 108. Assessments to | |
| 109. | |
| 110. | |
| 111. | |
| 112. | |
| *120. GROSS AMOUNT DUE FROM BORROWER* | 13,252.20 |
| **200. AMOUNTS PAID BY OR IN BEHALF OF BORROWER:** | |
| 201. Deposit or earnest money | |
| 202. Principal Amount of New Loan(s) | 500,000.00 |
| 203. Existing loan(s) taken subject to | |
| 204. | |
| 205. | |
| 206. | |
| 207. | |
| 208. | |
| 209. | |
| *Adjustments For Items Unpaid By Seller* | |
| 210. City/Town Taxes to | |
| 211. County Taxes to | |
| 212. Assessments to | |
| 213. | |
| 214. | |
| 215. | |
| 216. | |
| 217. | |
| 218. | |
| 219. | |
| *220. TOTAL PAID BY/FOR BORROWER* | 500,000.00 |
| **300. CASH AT SETTLEMENT FROM/TO BORROWER:** | |
| 301. Gross Amount Due From Borrower (Line 120) | 13,252.20 |
| 302. Less Amount Paid By/For Borrower (Line 220) | ( 500,000.00) |
| *303. CASH ( FROM ) ( X TO ) BORROWER* | 486,747.80 |

### K. SUMMARY OF SELLER'S TRANSACTION

| | |
|---|---|
| **400. GROSS AMOUNT DUE TO SELLER:** | |
| 401. Contract Sales Price | |
| 402. Personal Property | |
| 403. | |
| 404. | |
| 405. | |
| *Adjustments For Items Paid By Seller in advance* | |
| 406. City/Town Taxes to | |
| 407. County Taxes to | |
| 408. Assessments to | |
| 409. | |
| 410. | |
| 411. | |
| 412. | |
| *420. GROSS AMOUNT DUE TO SELLER* | |
| **500. REDUCTIONS IN AMOUNT DUE TO SELLER:** | |
| 501. Excess Deposit (See Instructions) | |
| 502. Settlement Charges to Seller (Line 1400) | |
| 503. Existing loan(s) taken subject to | |
| 504. Payoff of first Mortgage | |
| 505. Payoff of second Mortgage | |
| 506. | |
| 507. | |
| 508. | |
| 509. | |
| *Adjustments For Items Unpaid By Seller* | |
| 510. City/Town Taxes to | |
| 511. County Taxes to | |
| 512. Assessments to | |
| 513. | |
| 514. | |
| 515. | |
| 516. | |
| 517. | |
| 518. | |
| 519. | |
| *520. TOTAL REDUCTION AMOUNT DUE SELLER* | |
| **600. CASH AT SETTLEMENT TO/FROM SELLER:** | |
| 601. Gross Amount Due To Seller (Line 420) | |
| 602. Less Reductions Due Seller (Line 520) | ( ) |
| *603. CASH ( TO ) ( FROM ) SELLER* | 0.00 |

The undersigned hereby acknowledge receipt of a completed copy of pages 1&2 of this statement & any attachments referred to herein.

Borrower [signature]
John A. Nell

Seller

## L. SETTLEMENT CHARGES

| | PAID FROM BORROWER'S FUNDS AT SETTLEMENT | PAID FROM SELLER'S FUNDS AT SETTLEMENT |
|---|---|---|
| **700. TOTAL COMMISSION Based on Price** $ @ % | | |
| *Division of Commission (line 700) as Follows:* | | |
| 701. $ to | | |
| 702. $ to | | |
| 703. Commission Paid at Settlement | | |
| 704. to | | |
| **800. ITEMS PAYABLE IN CONNECTION WITH LOAN** | | |
| 801. Loan Origination Fee 1.0000 % to Wieland Finanical Services | 5,000.00 | |
| 802. Loan Discount % to | | |
| 803. Appraisal Fee to Wieland Finanical Services | 425.00 | |
| 804. Credit Report to Wieland Finanical Services | 18.00 | |
| 805. Commitment Fee to | | |
| 806. Flood Certification Fee to Wieland Finanical Services | 22.50 | |
| 807. Tax Service Fee to Wieland Finanical Services | 81.00 | |
| 808. Processing Fee to Wieland Finanical Services | 400.00 | |
| 809. Underwriting Fee to Wieland Finanical Services | 150.00 | |
| 810. Courier Fee to Wieland Finanical Services | 45.00 | |
| 811. Mers Fee to Wieland Finanical Services | 3.95 | |
| **900. ITEMS REQUIRED BY LENDER TO BE PAID IN ADVANCE** | | |
| 901. Interest From 11/21/05 to 12/01/05 @ $ 13.698630/day ( 10 days 1.0000%) | 136.99 | |
| 902. Mortgage Insurance Premium for months to | | |
| 903. Hazard Insurance Premium for 1.0 years to Condominium | | |
| 904. | | |
| 905. | | |
| **1000. RESERVES DEPOSITED WITH LENDER** | | |
| 1001. Hazard Insurance months @ $ per month | | |
| 1002. Mortgage Insurance months @ $ per month | | |
| 1003. City/Town Taxes months @ $ per month | | |
| 1004. County Taxes months @ $ per month | | |
| 1005. Assessments months @ $ per month | | |
| 1006. months @ $ per month | | |
| 1007. months @ $ per month | | |
| 1008. Aggregate Adjustment months @ $ per month | | |
| **1100. TITLE CHARGES** | | |
| 1101. Settlement or Closing Fee to Morris Hardwick Schneider, PLLC | 395.00 | |
| 1102. Abstract or Title Search to | | |
| 1103. Title Examination to First National Financial Title Services, Inc. | 160.00 | |
| 1104. Title Insurance Binder to | | |
| 1105. Document Preparation to | | |
| 1106. Notary Fees to | | |
| 1107. Attorney's Fees to | | |
| *(includes above item numbers:* ) | | |
| 1108. Title Insurance to Land Castle Title, LLC | 1,275.00 | |
| *(includes above item numbers:* ) | | |
| 1109. Lender's Coverage $ 650,000.00 | | |
| 1110. Owner's Coverage $ | | |
| 1111. | | |
| 1112. | | |
| 1113. | | |
| 1114. | | |
| 1115. Copy/Fax Fee to Morris Hardwick Schneider, PLLC | 35.00 | |
| 1116. Delivery & Handling Charges to Morris Hardwick Schneider, PLLC | 36.00 | |
| 1117. | | |
| 1118. Cancellation Fee | | |
| **1200. GOVERNMENT RECORDING AND TRANSFER CHARGES** | | |
| 1201. Recording Fees: Deed $ ; Mortgage $ ; Releases $ | | |
| 1202. City/County Tax/Stamps: Deed ; Mortgage | | |
| 1203. State Tax/Stamps: Revenue Stamps ; Mortgage | | |
| 1204. Recording Service Fee to Morris Hardwick Schneider, PLLC Beaufort, SC | 75.00 | |
| 1205. | | |
| **1300. ADDITIONAL SETTLEMENT CHARGES** | | |
| 1301. Survey to | | |
| 1302. Pest Inspection to | | |
| 1303. 2005 Real Estate Taxes to Beaufort County Tax Collector | 4,820.38 | |
| 1304. 2005 Real Estate Rental Taxes to Beaufort County Tax Collector | 173.38 | |
| 1305. | | |
| **1400. TOTAL SETTLEMENT CHARGES (Enter on Lines 103, Section J and 502, Section K)** | 13,252.20 | |

By signing page 1 of this statement, the signatories acknowledge receipt of a completed copy of page 2 of this two page statement.

Cynthia Jones

Morris Hardwick Schneider, PLLC
Settlement Agent

Certified to be a true copy.

Plaintiffs Exhibit "C" Page 2 of 4

## A. SETTLEMENT STATEMENT

U.S. Department of Housing and Urban Development

OMB NO. 2502-0265

**B. TYPE OF LOAN:**

| | | | |
|---|---|---|---|
| 1. ☐ FHA 2. ☐ FmHA 3. ☒ CONV. UNINS. 4. ☐ VA 5. ☐ CONV. INS. | 6. File Number<br>CLT-060300447R | 7. Loan Number<br>0057477523 | 8. Mortgage Insurance Case Number |

**C. NOTE:** This form is furnished to give you a statement of actual settlement costs. Amounts paid to and by the settlement agent are shown. Items marked "[POC]" were paid outside the closing; they are shown here for informational purposes and are not included in the totals.

| | | |
|---|---|---|
| D. Name and Address of Borrower<br>John A. Neil and wife,<br>Rebecca L. Neil<br>695 Marvin Meadows<br>Fort Mill, SC 29715 | E. Name and Address of Seller | F. Name and Address of Lender<br>Northstar Mortgage Group, LLC<br>3350 Riverwood Parkway, Suite 1900<br>Atlanta, GA 30339 |
| G. Property Location<br>21 South Forest Beach Dr.<br>Hilton Head Island, SC 29928<br>Beaufort County, South Carolina<br>Apartment 107<br>Shorewood II Horizontal<br>Property Regime | H. Settlement Agent 20-2301589<br>Morris\|Hardwick\|Schneider, PLLC.<br>Place of Settlement<br>6525 Morrison Blvd; Suite 115<br>Charlotte, NC 28211 | I. Settlement Date<br>04/21/06 |

| J. SUMMARY OF BORROWER'S TRANSACTION | | K. SUMMARY OF SELLER'S TRANSACTION | |
|---|---|---|---|
| **100. Gross Amount Due From Borrower** | | **400. Gross Amount Due To Seller** | |
| 101. Contract Sales Price | | 401. Contract Sales Price | |
| 102. Personal Property | | 402. Personal Property | |
| 103. Settlement Charges to Borrower (Line 1400) | 125.00 | 403. | |
| 104. Payoff First Mortgage to Wieland Financial Service | 505,922.06 | 404. | |
| 105. Payoff Second Mortgage | | 405. | |
| **Adjustments For Items Paid By Seller in advance** | | **Adjustments For Items Paid By Seller in advance** | |
| 106. City/Town Taxes to | | 406. City/Town Taxes to | |
| 107. County Taxes to | | 407. County Taxes to | |
| 108. Assessments to | | 408. Assessments to | |
| 109. | | 409. | |
| 110. | | 410. | |
| 111. | | 411. | |
| 112. | | 412. | |
| *120. GROSS AMOUNT DUE FROM BORROWER* | 506,047.06 | *420. GROSS AMOUNT DUE TO SELLER* | |
| **200. Amounts Paid By or in Behalf of Borrower** | | **500. Reductions in Amount Due to Seller** | |
| 201. Deposit or earnest money | | 501. Excess Deposit (See Instructions) | |
| 202. Principal Amount of New Loan(s) | 506,400.00 | 502. Settlement Charges to Seller (Line 1400) | |
| 203. Existing loan(s) taken subject to | | 503. Existing loan(s) taken subject to | |
| 204. Lender Credit | | 504. Payoff First Mortgage | |
| 205. | | 505. Payoff Second Mortgage | |
| 206. | | 506. | |
| 207. | | 507. | |
| 208. | | 508. | |
| 209. | | 509. | |
| **Adjustments For Items Unpaid By Seller** | | **Adjustments For Items Unpaid By Seller** | |
| 210. City/Town Taxes to | | 510. City/Town Taxes to | |
| 211. County Taxes to | | 511. County Taxes to | |
| 212. Assessments to | | 512. Assessments to | |
| 213. | | 513. | |
| 214. | | 514. | |
| 215. | | 515. | |
| 216. | | 516. | |
| 217. | | 517. | |
| 218. | | 518. | |
| 219. | | 519. | |
| 220. TOTAL PAID BY/FOR BORROWER | 506,400.00 | 520. TOTAL REDUCTION AMOUNT DUE SELLER | |
| **300. Cash At Settlement From or To Borrower** | | **600. Cash At Settlement To or From Seller** | |
| 301. Gross Amount Due From Borrower (Line 120) | 506,047.06 | 601. Gross Amount Due To Seller (Line 420) | |
| 302. Less Amount Paid By/For Borrower (Line 220) | ( 506,400.00) | 602. Less Reductions Due Seller (Line 520) | ( ) |
| 303. CASH ( FROM ) ( X TO ) BORROWER | 352.94 | 603. CASH ( TO ) ( FROM ) SELLER | 0.00 |

| L. SETTLEMENT CHARGES: FILE #: CLT-060300447R | PAID FROM BORROWER'S FUNDS AT SETTLEMENT | PAID FROM SELLER'S FUNDS AT SETTLEMENT |
|---|---|---|
| 700. TOTAL SALES/BROKER'S COMMISSION Based on Price $ @ % | | |
| *Division of Commission (line 700) as Follows:* | | |
| 701. $ to | | |
| 702. $ to | | |
| 703. Commission Paid at Settlement | | |
| 704. to | | |
| **800. ITEMS PAYABLE IN CONNECTION WITH LOAN** | | |
| 801. Loan Origination Fee % to | | |
| 802. Loan Discount % to | | |
| 803. Appraisal Fee to Northstar Mortgage Group, LLC POC $300.00 | | |
| 804. Credit Report to Northstar Mortgage Group, LLC POC $21.00L | | |
| 805. Underwriting Fee to Northstar Mortgage Group, LLC POC $250.00L | | |
| 806. Flood Certification Fee to Northstar Mortgage Group, LLC POC $16.00L | | |
| 807. Tax Service Fee to Northstar Mortgage Group, LLC POC $81.00L | | |
| 808. Processing Fee to Northstar Mortgage Group, LLC POC $150.00L | | |
| 809. Courier Fee to Northstar Mortgage Group, LLC POC $45.00L | | |
| 810. MERS Fee to Northstar Mortgage Group, LLC POC $3.95L | | |
| 811. Doc Prep - Redraw Fee to Northstar Mortgage Group, LLC | 75.00 | |
| 812. | | |
| 813. | | |
| 814. | | |
| 815. | | |
| **900. ITEMS REQUIRED BY LENDER TO BE PAID IN ADVANCE** | | |
| 901. Interest From 04/21/06 to 05/01/06 @ $ 13.874000/day ( 10 days 1.0000 %) POC $138.74L | | |
| 902. Mortgage Insurance Premium for months to | | |
| 903. Hazard Insurance Premium for 1.0 years to | | |
| 904. | | |
| 905. | | |
| **1000. RESERVES DEPOSITED WITH LENDER FOR** | | |
| 1001. Hazard Insurance months @ $ per month | | |
| 1002. Mortgage Insurance months @ $ per month | | |
| 1003. City/Town Taxes months @ $ per month | | |
| 1004. County Taxes months @ $ per month | | |
| 1005. Assessments months @ $ per month | | |
| 1006. months @ $ per month | | |
| 1007. months @ $ per month | | |
| 1008. Aggregate Adjustment months @ $ per month | | |
| **1100. TITLE CHARGES** | | |
| 1101. Settlement or Closing Fee to Morris\|Hardwick\|Schneider, PLLC. POC $395.00L | | |
| 1102. Abstract or Title Search to | | |
| 1103. Title Examination to Morris\|Hardwick\|Schneider, PLLC. POC $85.00L | | |
| 1104. Title Insurance Binder to LandCastle Title, LLC | | |
| 1105. Document Preparation to | | |
| 1106. Notary Fees to | | |
| 1107. Attorney's Fees to | | |
| *(includes above item numbers: )* | | |
| 1108. Title Insurance to LandCastle Title, LLC $1,197.00 POC L | | |
| *(includes above item numbers: )* | | |
| 1109. Lender's Coverage $ 506,400.00 | | |
| 1110. Owner's Coverage $ | | |
| 1111. Cancellation Fee to Morris\|Hardwick\|Schneider, PLLC. | 50.00 | |
| 1112. | | |
| 1113. | | |
| **1200. GOVERNMENT RECORDING AND TRANSFER CHARGES** | | |
| 1201. Recording Fees: Deed $ ; Mortgage $ 30.00 ; Releases $ POC $30.00L | | |
| 1202. City/County Tax/Stamps: Deed ; Mortgage | | |
| 1203. State Tax/Stamps: Revenue Stamps ; Mortgage | | |
| 1204. Recording Service/Update Fee to Morris Hardwick Schneider, PLLC POC $50.00L | | |
| 1205. | | |
| **1300. ADDITIONAL SETTLEMENT CHARGES** | | |
| 1301. Survey to | | |
| 1302. Pest Inspection to | | |
| 1303. Copy/Fax Fee to Morris\|Hardwick\|Schneider, PLLC POC $50.00L | | |
| 1304. Delivery & Handling to Morris\|Hardwick\|Schneider, PLLC POC $36.00L | | |
| 1305. | | |
| **1400. TOTAL SETTLEMENT CHARGES** (Enter on Lines 103, Section J and 502, Section K) | 125.00 | |

**Plaintiffs Exhibit "C" Page 4 of 4**