SIXTH EDITION

# Money & Banking

KAMERSCHEN / KLISE




Exhibit 1
Page 1 of 5

State of Pennsylvania

County of Cumberland } SS:

I, Parvin M. Mehrtash, a Notary Public of the State of Pennsylvania hereby certifies that the attached copies are a true, correct, complete and unaltered original copies made personally by me of the following pages Front Cover, i, ii, 49, 123, 144 and 145 copied directly from "MONEY & BANKING" Sixth Edition, written by David R. Kamerschen, Ph.D., Professor and Head of the Department of Economics, University of Georgia and Eugene S. Klise, Ph.D., Late Professor Emeritus, Miami University, Oxford, Ohio. Library of congress Catalog Number: 75-26451: ISBN 0-538-08240-2.

In Witness Whereof, I have hereunto set my hand and official seal

03-06-2013

Common Wealth of PA
NOTARIAL SEAL
Parvin M. Mehrtash, Notary Public
Upper Allen Twp., Cumberland County
My Commission Expires March 07, 2016

Parvin M. Mehrtash

Parvin M. Mehrtash, Notary Public

# Money & Banking

SIXTH EDITION

**DAVID R. KAMERSCHEN**
Professor and Head
Department of Economics
University of Georgia
Athens, Georgia

**EUGENE S. KLISE**
Late Professor Emeritus
Miami University
Oxford, Ohio

H24

*Published by*

**SOUTH-WESTERN PUBLISHING CO.**

CINCINNATI WEST CHICAGO, ILL. DALLAS PELHAM MANOR, N.Y.
PALO ALTO, CALIF. BRIGHTON, ENGLAND

From 1791 until 1965 we used silver (with 10 percent copper added to harden it) for most of our fractional coins and for the silver dollar which occasionally circulated. In 1965 the Treasury began to issue "sandwich" coins, with a copper and nickel alloy facing on a copper core.[19] The nickel (75 percent copper, 25 percent nickel) and the cent (95 percent copper, 5 percent tin and zinc) were until 1966 listed as *minor* coins to distinguish them from the silver coins with a much higher intrinsic worth.[20] Today, except for silver dollars, all coins in circulation are included under the heading of *fractional coins*. The term *minor coin* loses its significance when all coins in actual use have become token money.

Since today our money is based primarily on credit rather than on the value of the commodity of which the money is made, the metal used for coins is insignificant. Stainless steel or aluminum alloys would serve as well, and some countries use these materials. We don't expect to get $20 worth of paper in a $20 bill; why should we expect to get $.25 worth of metal in a quarter?

Since the introduction of the present fractional coins, silver coins have disappeared from hand-to-hand circulation. People are hoarding them because they are worth more as silver than as money. Thus, total coin "in circulation" is at an all-time high.

In short, of the approximately $8 billion of coins issued by the Treasury, only a part are today in hand-to-hand use. The rest, including all the silver dollars and nearly all of the fractional silver coins, are in private hoards.

## Demand Deposits

Demand deposits are by far the most important money in the United States. About 90 percent of the total dollar volume of payments is handled by checks, which transfer the ownership of the invisible, intangible money we call demand deposits.

There are two kinds of deposits: *demand* deposits and *time* (or *savings*) deposits. Both are simple *liabilities of banks*. In the case of demand deposits, the bank agrees to pay money on demand at any time and to whomever the owner of the deposit may wish. The owners of such deposits send written orders to the bank instructing the bank to pay specified sums to designated persons. Usually these instructions are written on high-grade noneraseable paper of convenient size, but checks may be written on anything. On one occasion a check was even written on a metal plate and signed with a blow-torch. And in 1970 industrialist William Lear paid $780,000 of income taxes with a check painted on a small turbine wheel from an engine he was developing.[21] The important point is that the bank agrees to honor a customer's demands up to the amount of deposit credit the customer has with the bank.

[19]Specifically, dimes, quarters, and half dollars have a layer of copper between two layers of 75 percent copper, 25 percent nickel—the same alloy long used for the five-cent coin. This so-called cupro-nickel alloy was used 2,000 years ago by the Chinese; over the last 85 years 20 countries have been using it.

[20]The composition of both minor coins was temporarily changed during World War II to free copper for other uses.

[21]Mr. Lear's highly successful business career has never been checked by failure to realize the value of publicity.

# Chapter 6 Creation and Transfer of Deposits

What is a bank deposit? A simple question, isn't it? Anyone can answer it. Unfortunately most people will answer it incorrectly or, at best, inexactly. If, without reading further, you can accurately define bank deposits, you are the exception.

There is a persistent confusion respecting deposits.

1. Deposits are our most important money. Yet to the bank, the deposits of its customers are not money at all.
2. You take a handful of currency to the bank and deposit it. However, under no circumstances whatever do the bank's deposits consist of currency.
3. Most people suppose that a bank lends the deposits of its customers. In fact, however, no bank ever lends its deposits.

These apparent contradictions result from the fact that we regularly use the word *deposit* in two entirely different, and completely inconsistent, ways. Ambiguity is inevitable unless we clearly specify which meaning the word is to have. We cannot possibly, in an analysis of bank operations, follow the common practice of allowing *deposit* to mean one thing one moment, something entirely different a moment later.

Specifically, we must decide whether we are going to consider a deposit as being the thing that is turned in to the bank—the actual checks on other banks and pieces of silver and currency—or as being the sums owed to depositors. These two things are not the same at all, for one is an asset, the other a liability of the bank.

Logically, perhaps, the term *deposit* should refer to the physical asset that one surrenders to the bank. There is no difficulty in understanding what has taken place if we say someone deposited $50 of currency or made a deposit of $300. The customer turned in that amount to the bank, and the word is used in accordance with the first definition.

But then we say, "The customer has a deposit of $300," and we have swung over to the second definition. The deposit is an asset of the customer. It cannot possibly be at the same time an asset of the bank. Exactly what is the customer's deposit asset? Certainly it is not the handful of currency or the check the customer turned over to the bank teller, for these are now assets of the bank. The asset the customer received in exchange was a claim on the bank. From the bank's point of view, this deposit, as such, is a liability. When the bank increases its assets (currency, checks on other banks, other negotiable instruments), it increases its liabilities by an equal amount (or sometimes

gives other assets in exchange). In this respect it is no different from any other firm.

Two hundred years ago, banks gave their notes in exchange for coin (and other assets) rather than giving deposit credit for it as they do today. The increase in the bank's liability, offsetting the increase in its assets, was in the volume of its notes outstanding. There was no chance for ambiguity, since the promissory notes that one has given to others are clearly and unmistakably a liability for the giver. The item "Deposits" did not appear on the bank's balance sheet at all.

But as present-day banking techniques evolved, especially in the United States, the banks ceased to issue notes. Instead, when a customer brought in specie or other forms of money, the bank simply made a record in its books that it owed that sum to the individual. Probably some word other than "deposits" would have been less troublesome. If at the outset the banks had called these "Customer Accounts," perhaps, or "Public Credits," much confusion might have been avoided. Unfortunately they termed the liabilities "Deposits" because in a great many instances it was a deposit (asset) that created the liability.

But the importance of deposits (in the sense of liabilities) lies in the very fact that they do not necessarily result from deposits (in the asset sense). The particular asset that customers leave with the bank is not important. So although we may agree that, logically, *deposits* should refer to bank assets, we shall use this term only to refer to the bank's liabilities to its customers. This choice is not an arbitrary one. Bankers themselves universally agree in drawing up their balance sheets to list as deposits the sums that they owe. A bank never lists as deposits its holdings of currency and coin. These holdings of currency and coin are classified as Vault Cash and appear, quite properly, on the asset side of the sheet.

A bank's deposits, then, are the amounts that it owes to its customers. Most individuals whom the bank owes at any particular moment will be individuals who have brought some sort of money to the bank. These specific dollars then belong to the bank, which may use them in any way it wishes—as a basis for lending or for paying current expenses or as a pool of idle funds. The bank agrees in return to make the same number of dollars (but not the same pieces of currency) available to the customers at any time they may wish to have them.

But some individuals to whom the bank is in debt may never have brought any form of money to the bank. The bank's employees, the telephone company, the firms from which the bank buys its office supplies, all have claims of one sort or another on the bank. Periodically, usually the first of the month, the bank will change the form of most of these miscellaneous liabilities. Many of these creditors then hold deposits in the bank instead of their bills for goods and claims for wages. (Creditors who bank elsewhere will instead be paid by a cashier's check, which is another form of bank liability.)