SECOND EDITION

# Money and Banking

EUGENE S. KLISE

State of Pennsylvania

County of Cumberland } SS:

I, Parvin M. Mehrtash, a Notary Public of the State of Pennsylvania hereby certifies that the attached copies are a true, correct, complete and unaltered original copies made personally by me of the following pages Front Cover, i, ii, 49 and 116 copied directly from "MONEY & BANKING" Second Edition, written by Eugene S. Klise, Ph.D., Late Professor Emeritus, Miami University, Oxford, Ohio. Library of congress Catalog Number: 59-13364, 1959.

In Witness Whereof, I have hereunto set my hand and official seal

this

03-06-2013

Common Wealth of PA
NOTARIAL SEAL
Parvin M. Mehrtash, Notary Public
Upper Allen Twp., Cumberland County
My Commission Expires March 07, 2016

Parvin M. Mehrtash

Parvin M. Mehrtash, Notary Public

# Money and Banking

**Second Edition**

Eugene S. Klise
*Miami University, Oxford, Ohio*

Published by
SOUTH-WESTERN PUBLISHING CO.
Cincinnati 27 Chicago 5 San Francisco 3 Dallas 2 New Rochelle, N. Y.
F20

Copyright, © 1959
Philippine Copyright, 1959
by
SOUTH-WESTERN PUBLISHING COMPANY
Cincinnati 27, Ohio

*All Rights Reserved*

The text of this publication or any part thereof, may not be reproduced in any manner whatsoever without permission in writing from the publisher.

*Library of Congress Catalog Card Number 59-13364*

H260

Printed in the United States of America

the power to issue paper money, but neither did it specifically deny that power except, as earlier noted, to the state governments. Repeated decisions of the Supreme Court developed the doctrine of implied powers, according to which the federal government might, in exercising its other powers and providing for the general welfare, do many things for which there was no specific authorization, so long as it did not violate any provisions of the Constitution. Congress had been specifically authorized to borrow money, which the Treasury ordinarily did, when necessary, by selling long-term, large-denomination bonds.

During the War of 1812 the Treasury flirted with paper money but dropped it after the war. It was not a really clear-cut case, for the paper was not legal tender nor was it officially termed money. Rather, it appeared as a variation in the Treasury's borrowing program. Instead of selling bonds it sold notes, which were about the same thing except that they were short-term. The first issue was in denominations of $100 and higher and carried an interest rate of 5.4 per cent, which amounted to one and a half cents a day per $100. This issue, like the next three, matured in one year. Thus far they may appear to be little different from the bonds except for their shorter term. However, by several devices the public was encouraged to use them as money. The interest rate chosen made it easy to calculate their exact value from day to day. They were transferable by delivery and endorsement. Furthermore, they were receivable in payment of taxes. Finally, the minimum denomination was later decreased to $20 and finally to $3, greatly increasing their usefulness as currency. The last of these issues was even more unmistakably paper money pure and simple. It bore no maturity date and paid no interest. Probably if the war had not ended when it did these notes would have been given legal tender and would have been issued in much greater quantity. As things turned out, there were no more issued, the notes were refunded into long-term bonds, and there were no further issues of paper money by the federal government until 1862.

Yet although state governments could not and the federal government did not issue paper money, most of the nation's money supply was paper. Simultaneous with the Revolution was the birth of commercial banking in the United States.[4] By the middle of the

[4] See Chapter 6.

unable at any time to redeem all its pledges or liabilities at once. No matter how sound a bank might be, if it were operating successfully, a considerable number of its creditors would be obliged to wait for payment until the bank had converted the bulk of its assets into cash.

To some extent this is often true for other business firms; it would be perfectly possible for a railroad, for example, to have a bonded debt of a hundred million dollars and less than a million dollars of cash on hand, and still be highly successful. The great difference, however, is that in the case of any organization other than a bank, the liabilities are on a time basis. The concern knows that the liabilities must be met the first of the month, or in six months, or in twenty years. It can arrange maturities so that only a limited amount of its obligations will be due at any one time, and can arrange to have the necessary cash on hand on the dates when the cash is required. The bank's liabilities, by contrast, are almost entirely demand liabilities. There is nothing to prevent all the creditors of the bank from coming in the same morning and requiring payment. To be sure that it could meet such an emergency, the bank would need to keep a dollar in reserve, in cash, against every dollar of deposits. Then, of course, it would not be a bank at all as we understand the term. It would be little more than a warehouse for money. The only funds which it might lend would be those secured by the sale of stock or from reinvested earnings. But a bank knows that, in practice, there is very little likelihood that its noteholders or its depositors will all come in at once; and that on the contrary, so long as the bank is properly managing its affairs, about as much cash will usually be brought in as will be withdrawn. This is the only reason that the fractional reserve is possible. The discovery originally utilized in connection with note issues by the goldsmiths is the basis of our modern banking.

**Monetization of Credit.** In accepting the notes of its customers and supplying in exchange its own notes, a bank profited because it paid no interest on its notes but charged interest on the notes signed by borrowers. It may appear that it was able to do this because its notes, unlike those of most of its customers, were payable on demand. This was not the fundamental explanation. A part of the loans made by a bank were call loans. These were quite like the demand notes of the banks themselves. They could be called at any time. Yet borrowers paid interest on call loans.