Fourth Edition

#4

# Money & Banking

David H. Friedman

AMERICAN BANKERS ASSOCIATION

State of Pennsylvania

County of Cumberland } SS:

I, Parvin M. Mehrtash, a Notary Public of the State of Pennsylvania hereby certifies that the attached copies are a true, correct, complete and unaltered original copies made personally by me of the following pages Front Cover, ii, viii, xi, xii, 36 and 408 copied directly from "Money & Banking" Fourth Edition, written by David H. Friedman, Published by the American Bankers Association 1120 Connecticut Avenue, N.W. Washington, D.C. 20036.

In Witness Whereof, I have hereunto set my hand and official seal this

03-06-2013

Common Wealth of PA
NOTARIAL SEAL
Parvin M. Mehrtash, Notary Public
Upper Allen Twp., Cumberland County
My Commission Expires March 07, 2016

Parvin M. Mehrtash

Parvin M. Mehrtash, Notary Public

This publication is designed to provide accurate and authoritative information in regard to the subject matter covered. It is sold with the understanding that the publisher is not engaged in rendering legal, accounting, or other professional service. If legal advice or other expert assistance is required, the services of a competent professional person should be sought.

*From a Declaration of Principles jointly adopted by a Committee of the American Bar Association and a Committee of Publishers and Associations.*

The AMERICAN BANKERS ASSOCIATION is committed to providing innovative, high-quality products and services that are responsive to its members' critical needs.

To comment about this product, or to learn more about the AMERICAN BANKERS ASSOCIATION and the many products and services it offers, please call **1-800-338-0626**. You may also learn about ABA and its products and services by visiting our Web site: **www.aba.com.**

AMERICAN BANKERS ASSOCIATION

1120 Connecticut Avenue, N.W.
Washington, D.C. 20036

© 1985, 1989, 1993, 1998 by the American Bankers Association, Washington, D.C.

Fourth Edition, 1998.

10 9 8 7 6 5 4 3 2 1

All rights reserved. No part of this publication may be reproduced, stored in a retrieval system, or transmitted in any form or by any means—electronic, mechanical, photocopying, recording, or otherwise—without prior written permission of the American Bankers Association.

Printed in the United States of America.

## ABOUT THE AUTHOR



David H. Friedman is an economist, author, and banking instructor who has held several major positions at the Federal Reserve Bank of New York.

Mr. Friedman designed the Essentials of Banking seminar for the American Institute of Banking and the General Banking Curriculum for the Professional Development program of the American Bankers Association. He is the author of the ABA textbook *Deposit Operations*, the ABA's "A Preface to Banking" and "The Bank Book," four booklets on economics and banking subjects, and several segments of *The Money Encyclopedia*.

Since 1974, Mr. Friedman has been on the faculty of the American Institute of Banking in New York. He is an assistant professor of economics at Brooklyn College, where he has been a member of the faculty since 1965. Mr. Friedman has conducted seminars and training programs on banking operations, the U.S. payments mechanism, and a broad range of economic and management subjects for the American Institute of Banking, the Bank Administration Institute, and ABA's Business of Banking School.

Mr. Friedman has a BA and an MA in economics from Brooklyn College and has completed course work and examinations for a doctorate in economics at the New School for Social Research. He lives in East Brunswick, New Jersey. His wife Alice, daughter Lynne, and son Paul provided the collective support and encouragement that were essential in writing this new edition of *Money & Banking*.

the purview of the Federal Reserve, also are discussed.

Part Three, chapters 7 through 10, presents a broad overview of the business of banking. Bank operations and the key role of banks in the nation's payments mechanism are discussed. The text then looks at banks as business firms—examining the key sources of bank earnings, types of bank loans, and banks' fund management strategies. Bank regulation is then introduced, with a look at the principal bank regulatory agencies, as well as the major banking laws and regulations that helped shape the current competitive environment. The final chapter in this section focuses on current trends and issues in banking, including the debate over what bank-related businesses banks should be allowed to engage in.

Part Four, chapters 11 through 13, focuses on the Federal Reserve's strategies for implementing its monetary policy objectives. The key tenets of monetarist and Keynesian theory also are presented, and we see how these opposing theoretical underpinnings affect policymakers' approaches to monetary policy. We then examine the nation's policy goals of full employment, price stability, and economic growth—and the trade-off between inflation and unemployment that confronts economic policymakers. Also examined are factors affecting U.S. productivity.

Part Five, chapters 14 and 15, shifts the focus to the world of international banking, with an emphasis on the role banks play in facilitating world trade and payments through foreign exchange markets. Balance-of-payments measures and the U.S. trade deficit are examined, as is the special role of the U.S. dollar in the international financial system. In addition, U.S. policies toward foreign banks operating in the United States are compared with the treatment afforded U.S. banks abroad.

I would like to acknowledge the contributions of Thomas J. Calo, who served as instructional design consultant for this course. Mr. Calo brought to this project a wealth of knowledge from banking and training. He has more than 25 years of human resource and training experience in the banking industry and is currently senior human resources officer at a major commercial bank. He has developed and taught a wide range of programs within banks and has taught for ABA, AIB, and several major universities. Mr. Calo holds a master's degree in adult education and human resource development.

I would also like to express my gratitude to the members of my review committee, who provided invaluable help in revising the text and in critically reviewing initial drafts. These highly capable and dedicated people are:

Randall J. Eichner
Bank Officer
Norwich Savings Society
Sewett City, Connecticut

Randall T. Kawano
Senior Vice President
City Bank
Honolulu, Hawaii

Karen Craft Denning, Ph.D.
Associate Professor of Finance
University of West Virginia
Morgantown, West Virginia

Mark Huff
Senior Vice President
Cumberland Valley National Bank
London, Kentucky

Stuart Williams
Executive Vice President
Sun Trust Bank
Jacksonville, Florida

David Hunter
National Bank Examiner
Office of the Comptroller
of the Currency

Dan Soto
Senior Special Examiner
Federal Reserve Board
Board of Governors
Washington, D.C.

A.H. Moini, Ph.D.
Professor of Finance
University of Wisconsin
Whitewater, Wisconsin

*David H. Friedman*

Exhibit 2.7 **Assets of Selected Financial Intermediaries, 1970–1996** *(billions of dollars)*

| | *Commercial Banks* | *Savings* Institutions* | *Credit Unions* | *Life Insurance Companies* | *Mutual Funds*** |
|---|---|---|---|---|---|
| 1970 | 576 | 255 | 18 | 207 | 48 |
| 1980 | 1,537 | 803 | 72 | 479 | 135 |
| 1985 | 2,329 | 1,291 | 137 | 880 | 495 |
| 1996 | 3,669 | 910 | 277 | 1,630 | 2,300 |

* Includes savings banks and saving and loan associations.
** Includes both open-end and closed-end mutual funds and money market mutual funds.
*Sources:* Federal Reserve *Bulletin*, U.S. League of Savings Associations.

In the 1980s, the nation's large corporations also began to increase their use of direct financing to obtain funds. Instead of borrowing from banks, these companies borrowed funds by selling their own commercial paper (short-term, uncollateralized promissory notes) directly to the public. Exhibit 2.8 shows the sharp growth of commercial paper from the late 1980s to the late 1990s. During this period, the amount of commercial paper outstanding increased by 250 percent. The growth of the commercial paper market also enabled finance companies, which issue commercial paper to fund their lending, to expand their activities at the expense of commercial banks. In 1980, finance company loans to business firms amounted to about 30 percent of banks' business loans; in 1997, these loans amounted to more than 60 percent. (Finance companies held more than $650 billion in assets in 1997.)

The effect on commercial banks of regulatory restraints, competition from major non-bank lenders, and corporations' increased use of commercial paper sales to obtain borrowed funds has been profound. In 1975, commercial banks provided 35 percent of all borrowed funds; by 1997, commercial banks' share had fallen to about 20 percent.

### Commercial Banks and Money Creation

Traditionally, commercial banks differed from other financial intermediaries in that only they could create money (in the form of new demand deposit balances) by making loans. Because demand deposits (checking accounts) represent the core medium of exchange in the U.S. economy and because commercial banks still create most of the demand deposit dollars that circulate in the U.S. economy, the Federal Reserve primarily uses the nation's 9,500 commercial banks to implement its monetary policy. This relationship also is illustrated in exhibit 2.1.

A bank that makes a loan monetizes a private debt by accepting as an asset the debt obligation of the borrower—that is, the borrower's promise to repay. The bank simultaneously creates a liability on its books in the form of a demand deposit balance in the amount of the loan.

To create money, a bank must have reserves—either funds on deposit at a Federal Reserve bank or vault cash—at least equal to the amount of money to be created. The more reserves a bank has, the greater its potential for expanding earnings because it can continue to make new loans and investments. The fewer reserves a bank has (or, more precisely, the closer its reserves are to its own liquidity margin or to the reserve requirements of the Federal Reserve), the smaller its potential for expanding earnings.

Commercial bank lending creates an increasing amount of demand deposits throughout the economy. The creation of these deposits by the banking system is constantly being modified by the flow of money between banks and other financial intermediaries, the movement of funds from checking to savings accounts, and the cashing of checks; however,

members and accept deposits of members in the form of share purchases, pay interest on the shares out of earnings, and primarily provide consumer installment credit to members.

**creditworthiness** A borrower's ability to obtain credit from lenders, usually based on the amount and quality of the borrower's assets and repayment history.

**current account balance** For a given period, the difference between the nation's total imports and exports of goods, services, and transfers. It excludes transactions in financial assets and liabilities.

**cyclical unemployment** Unemployment generated by worker layoffs caused by a downturn in the business cycle.

**daylight overdraft** A condition during the course of the banking day when a bank pays out more electronic funds than it has on its books.

**DDA unit** In most banks, the back-office department (demand deposit accounting unit) that processes each day's check data.

**dealer firm** A company that buys and sells securities for its own account.

**debit card** A plastic card that serves as an access device to an EFT terminal. When used for payments, it immediately transfers funds from the user's account (a debit) to another party.

**defensive open-market operations** The Federal Reserve's buying and selling of government securities to offset or nullify undesired changes in the growth or level of bank reserves and the money supply caused by activities of the public, banks, or the U.S. Treasury.

**deferred availability schedule** The time schedule the Federal Reserve uses in crediting banks for checks presented for collection. The schedule either grants credit on the same day or defers credit for one or two days, depending on the proximity to Federal Reserve offices of the banks on which the checks are drawn.

**delayed availability** Banks' practice of deferring credit for several days on checks deposited by customers to ensure that the checks are not returned unpaid by the banks on which they are drawn.

**demand deposit** A non-interest-bearing deposit or account that is payable on demand. The account holder can make payments by writing checks against the deposit or can withdraw cash from the bank on demand.

**demand-pull inflation** An inflation caused by excess spending. When total demand (consumer, business, and government spending) exceeds the total supply of goods and services available, prices are pulled up by competitive pressures.

**depression** A severe, extended recession during which the decline in real GDP is precipitous. From 1929 to 1933, for example, during the Great Depression, real GDP fell by 50 percent.

**direct send** A check collection practice in which a bank that receives a check drawn on another bank presents it directly to that bank for payment.

**discount rate** The interest rate that Reserve banks charge depositories for loans.

**discount window** The figurative expression for the Federal Reserve facility for lending reserves to depositories.

**disintermediation** The public's mass withdrawal of deposit balances from banks and thrifts for direct placement into money market investments, such as Treasury bills and mutual funds. This is a reversal of the traditional flow of consumers' funds into financial intermediaries. Disintermediation occurred in the 1960s and 1970s when interest rate ceilings prevented depositories from matching prevailing rates.

**dollar-amount encoding** To imprint the dollar amount of a check in magnetic ink characters on the bottom of the check so that computerized machines can process it.