5th Edition

# Money & Banking

By David H. Friedman



Exhibit 4-1
Page 1 of 15

State of Pennsylvania

County of Cumberland . } SS:

I, Parvin M. Mehrtash, a Notary Public of the State of Pennsylvania hereby certifies that the attached copies are a true, correct, complete and unaltered original copies made personally by me of the following pages Front Cover and back of Front Cover, i, ii, x, xi, xii, xiii, xiv, xv, 40, 41, 42, 299 and the back cover showing that this Edition was used and sold by the WVSU Bookstore (listed at $75.00) copied directly from "MONEY & BANKING" Fifth Edition, written by David H. Friedman Ph.D., Mr. Friedman has been on an author for the American Bankers Association and his writings have also been used by the Institute of Banking since 1974. Dr. Friedman is an economist, author and banking instructor and was Vice President of the Federal Reserve Bank in New York and written books and pamphlets for the New York Federal Reserve Bank including and not limited to "I bet you Thought." In Witness Whereof, I have hereunto set my hand and official seal this

03-06-2013

Common Wealth of PA
NOTARIAL SEAL
Parvin M. Mehrtash, Notary Public
Upper Allen Twp., Cumberland County
My Commission Expires March 07, 2016

Parvin M. Mehrtash

Parvin M. Mehrtash, Notary Public

# Money & Banking

## 5th Edition

David H. Friedman

AMERICAN BANKERS ASSOCIATION®

The American Bankers Association brings together all categories of banking institutions to represent best the interests of this rapidly changing industry. Its membership—which includes community, regional, and money center banks and holding companies as well as savings associations, trust companies, and savings banks—makes ABA the largest bank trade association in the country.

To enhance the role of banks and bank holding companies as the nation's preeminent providers of financial services, ABA's mission includes: conducting educational and training programs, creating high-quality educational and training products, participating in federal legislative and regulatory activities; initiating legal action in support of the banking industry, researching banking issues, and operating sophisticated communications programs.

The American Bankers Association is committed to providing innovative, high-quality products and services that are responsive to its members' critical needs.

To learn more about the American Bankers Association and the many services it offers, call 1-800-BANKERS or visit us at our Web site: www.aba.com.

This publication is designed to provide accurate and authoritative information in regard to the subject matter covered. It is sold with the understanding that the publisher is not engaged in rendering legal, accounting, or other professional service. If legal advice or other expert assistance is required, the services of a competent professional person should be sought.

*From a Declaration of Principles jointly adopted by a Committee of the American Bar Association and a Committee of Publishers and Associations.*

The American Bankers Association is committed to providing innovative, high-quality products and services that are responsive to its members' critical needs.

To comment about this product, or to learn more about the American Bankers Association and the many products and services it offers, please call **1-800-BANKERS** or visit our Web site: www.aba.com.

**This textbook has been approved by the American Institute of Banking for use in courses for which AIB certificates or diplomas are granted. The American Institute of Banking is the 102-year-old professional development and training affiliate of the American Bankers Association. Instructional materials endorsed by AIB have been developed by bankers, for bankers.**

AIB
American Institute of Banking

AMERICAN BANKERS ASSOCIATION ®

© 2003 by the American Bankers Association, Washington, D.C.
Fifth Edition

All rights reserved. No part of this publication may be reproduced, stored in a retrieval system, or transmitted in any form or by any means—electronic, mechanical, photocopying, recording, or otherwise—without prior written permission from the American Bankers Association.

Printed in the United States of America
10 9 8 7 6 5 4 3 2

Catalog number 3001560 ISBN 0-89982-470-6

# About the Author



*David H. Friedman* is an economist, author, banking instructor, and former vice president at the Federal Reserve Bank of New York.

Mr. Friedman designed the Essentials of Banking seminar and the General Banking Curriculum for the Professional Development Program of the American Bankers Association. He is the author of the ABA textbook *Deposit Operations*, "A Preface to Banking" and "The Bank Book," four booklets on economics and banking subjects, and several segments of *The Money Encyclopedia*.

Since 1974 Mr. Friedman has been on the faculty of New York's Center for Financial Training. He is an associate professor of economics at Brooklyn College and the lead faculty member of the Global Institute of Finance–Mercy College Masters Degree program in banking. Mr. Friedman has conducted seminars and training programs on banking operations, the U.S. payments system, and a broad range of economic and management subjects for the ABA Business of Banking School.

Mr. Friedman has a Bachelor of Arts and a Master of Arts in economics from Brooklyn College and has completed course work and examinations for a doctorate in economics at New School University. He lives in East Brunswick, New Jersey.

# ACKNOWLEDGMENTS

The American Bankers Association and the author acknowledge Linda McElroy, instructional designer, for her professional attention to the refinement of the textbook's presentation and instructional components. We also acknowledge Theresa Londquist, instructional designer for the American Bankers Association, for her innovations and revisions to the Instructor's Manual, which is a teaching guide for the Money and Banking course. Ms. Londquist also provided much-appreciated assistance with the final production phases of the textbook.

The American Bankers Association, the author and the instructional designers, thank the task force members who reviewed and commented on the textbook outline and manuscript. They provided valuable guidance on both substance and depth of content. Special appreciation is extended to

Ray Albo
Vice President
Continental National Bank
Miami, Florida

James Chessen
Chief Economist,
Director Economic Policy and Research
American Bankers Association
Washington, D.C.

J. Michael Cutshaw, Esq.
Mc Glinchey Stafford P.L.L.C.
Baton Rouge, Louisiana

Nessa Eileen Feddis
Senior Counsel
Government Relations
American Bankers Association
Washington, D.C.

Richard Ferguson
Vice President
Commercial Lending
Adirondack Trust Company
Saratoga Springs, New York

David Gire
Vice President
Transaction Processing
Bank of Hawaii
Honolulu, Hawaii

Charley Hoffman
Group Director
Electronic Delivery
American Bankers Association
Washington, D.C.

Doug Johnson
Senior Policy Analyst
Economic Policy and Research
American Bankers Association
Washington, D.C.

Keith Leggett
Senior Economist
Economic Policy and Research
American Bankers Association
Washington, D.C.

Rolando M. Ochoa
Vice President
Bank Atlantic
Aventura, Florida

John J. O'Leary
Assistant Vice President
Ridgefield Bank
Ridgefield, Connecticut

Janita L. Ponze
Project Manager
Professional Development Group
American Bankers Association

David Rios, CLBB
Owner and Consultant
Corporate Financial Group
Corpus Christi, Texas

Richard Schubert
Community Banking & Facility Manager
UMB Bank of Kansas City
Kansas City, Missouri

James Halstead Smith, CCM
First Vice President
Treasury Management
SunTrust Bank, Nashville
Nashville, Tennessee

Paul Smith
Senior Counsel
Government Relations
American Bankers Association
Washington, D.C.

Donna Stake
Vice President and Banking
Center Manager
Bank of America
Fernandina Beach, Florida

Robert W. Strand, Ph.D.
Senior Economist
Economic Policy and Research
American Bankers Association
Washington, D.C.

Steven L. Wrangler
Vice President
Commercial Lending
Bank Center First
Bismarck, North Dakota

# PREFACE

The fifth edition of *Money & Banking* is a revision of the text that was published in 1998. The revision incorporates new and updated material on the changes that have occurred in banking and the economy during the past five years. The updates cover

- the increase in foreign use of U.S. currency and the inroads the dollar coin, stored-valued cards, e-cash and e-checks have made on domestic payments patterns, in chapter 1
- the declining reliability of the money supply measures as guides for policy control, in chapter 1
- the business cycle decline (recession) that occurred in 2000, in chapter 2
- financial holding companies and their new powers, in chapter 4
- the growth of defined-contribution pension plans, such as 401(k) plans, and the credit union membership issue, in chapter 4
- new sources of noninterest income and noninterest expenses that are shaping banks' income statements, in chapter 5
- Internet banking and electronic bill presentment and payment (EBPP), in chapter 6
- the Federal Reserve's response to the terrorist attacks of September 11, 2001, in chapter 7
- the Gramm-Leach-Bliley Act of 1999, which repealed the Glass–Steagall Act, and the issue of deposit insurance reform, in chapter 8
- the impact of the wealth effect on spending and savings behavior in the late 1990s, in chapter 9
- America's productivity growth surge since the mid-1990s, in chapter 10
- the shift in monetary policy targeting from money supply growth to real interest rates and other financial and economic measures, in chapter 11
- the government's management of the federal budget, the federal debt, and America's international balance of payments, in chapter 12
- the increase in foreign ownership of the national debt, in chapter 12
- the euro, in chapter 13
- the changing profile of foreign banks' activities in the United States, in chapter 13

A fundamental restructuring of the text was undertaken in this fifth edition. Most notably, the chapters were reorganized, condensed, and repositioned. The primary sources for the data cited in the text were the Federal Reserve Board's monthly *Bulletin* and the monthly publications of the Federal Reserve banks, most notably the Federal Reserve Bank of St. Louis' *Monetary Trends* and *International Economic Trends*.

This edition of *Money & Banking* also has been redesigned to make it easier to use for both teaching and learning purposes. Among the text's practical features are

- objectives at the beginning of each chapter, which tell students what they can expect to learn from the material presented
- introductions to each chapter, which tell students and instructors where the chapter is heading and why specific topics are important for exposition
- boxed informational inserts that contain topical information related to the concepts in the chapters or provide real-world applications of the concepts
- tables, graphs, and other exhibits that update information and data to the early-2000s and help students understand key interrelationships and principles
- extended study presentations following selected chapters, which provide for in-depth exposition of selected topics, either to establish historical context for material discussed in the chapter or to provide a review of more advanced technical information
- a summary at the end of each chapter, which reviews the chapter's main points
- a list of key terms at the beginning of each chapter, which highlights concepts that will be discussed in the chapter
- end-of-chapter questions, which help students learn the subject matter by applying concepts explained in the chapter
- exercises at the end of selected chapters, which help students add to their subject knowledge by applying concepts learned in the chapter
- lists of additional resources, including both print resources and suggested web sites that contain information about material related to the chapter content
- a separate section at the back of the book that contains the answers to all chapter discussion questions, exercises, and balance sheet review problems
- a comprehensive glossary that provides definitions for terms used in the text
- an index that can be used by students to quickly locate concepts

*Money and Banking* is intended to serve both as an introductory text for new bankers and as a refresher text for experienced bankers who are preparing for advanced coursework. The specific needs of bankers also have been kept in mind in establishing the learning objectives of the text. These objectives are to

- explain the basic functions of money, the types of money and payment devices used in the United States, and the concepts and measurement of the U.S. money supply
- describe the important role of savings and lending in the U.S. economy, and the various measures that are used to assess the performance of the U.S. economy
- summarize how banks create money when they make business loans and the multiple expansion of bank deposits that follows lending
- describe the principal financial institutions in the United States today and how increased competition has changed the way they do business
- explain how banks work and the features of a bank's balance sheet and income statement
- explain how banks, through the check collection and electronic funds transfer processes, facilitate payments and settlement transactions in the United States
- describe the structure and functions of the Federal Reserve and the impact that this institution has on banks and the economy
- summarize the responsibilities of the major banking regulators and the banking laws that have affected the current competitive and regulatory environment
- explain the theories that underlie the role of money and interest rates in the economy

- summarize the basic goals of economic policy—full employment, price stability, and economic growth—and actions that have been tried to achieve these goals
- describe the monetary policy tools, the effects of monetary policy among various borrowers in the credit market, and the role of banks in implementing monetary policy
- summarize the federal budget process and the various actions the government can take to manage the federal debt and the U.S. balance of payments
- explain the role banks play in international trade and payments and the workings of the foreign exchange market

Chapters 1 through 4 provide a broad overview of money and the U.S. economy. The evolution and basic functions of money are examined, followed by the principal payment devices and money supply measures used today. The discussion continues with the role of savings and lending in the economy and reviews various measures of U.S. economic activity. The creation of money through the lending process is thoroughly explained. Lastly the role of banks is compared with that of other financial intermediaries, and the many types of deposit accounts in existence today are examined.

Chapters 5 and 6 present an overview of the business of banking. The text considers banks as business firms, examining the important sources of bank earnings, types of bank loans, banks' funds management, and other profit-generating strategies. Bank operations and the crucial role of banks in the nation's payments system are then discussed.

Chapters 7 and 8 focus on the Federal Reserve, other banking regulators, and how legislation and regulation affects the business of banking. The unique quasi-governmental structure of the Federal Reserve is examined, as are its multifaceted roles as the nation's central bank. This examination is followed by a review of the responsibilities of the other banking regulators. Banking legislation and regulation is then introduced, with a look at major laws and regulations that have shaped the current regulatory and competitive environment.

Chapters 9 through 12 provide insights to the theoretical underpinnings that guide policymakers' approaches to economic activity. The tenets of Keynesian and monetarist theory are examined first, followed by a review of the nation's policy goals of full employment, price stability and economic growth. Factors that have spurred U.S. productivity in recent years also are examined. The tools of monetary policy—the discount rate, reserve requirements and open-market operations—and the Federal Reserve's strategies for implementing monetary policy are discussed. Chapter 12 ends with an examination of the tools of fiscal policy, government spending and taxation, and the debt and balance of payments management policies the government can use to guide the economy.

Chapter 13 shifts the focus to the world of international banking, with an emphasis on the role banks play in facilitating world trade and payments through foreign exchange markets. The special role of the U.S. dollar in the international financial system is examined, followed by a review of foreign exchange rates and the foreign exchange market. The role of, and our regulatory treatment of, foreign banks operating in the United States also is discussed.

I hope you will agree that this new edition provides a flexible teaching tool for instructors, as well as an effective learning vehicle for students.

*—David H. Friedman*

business loan process, most thrift lending still takes the form that has just been described. It is also worth noting that although banks and thrifts are not required to hold reserves against personal time and savings deposits, their need for liquid assets serves as a form of reserve requirement.

## THE LENDING PROCESS OF A COMMERCIAL BANK

During the 1850s, commercial banks in the United States literally created money by issuing their own **bank notes**, or paper currency. The federal government ended this practice among state-chartered banks when it passed the National Banking Act in 1863. Nationally chartered banks stopped issuing notes in 1913 when the newly established Federal Reserve banks were given the exclusive franchise to issue U.S. currency. Since 1913 commercial banks no longer issue currency, but they still create money on their balance sheets through the lending process.

Commercial banks are institutions that accept demand deposits and make business loans. The lending process of a commercial bank is similar to that of a savings institution in that the receipt of cash from depositors increases both its assets and its deposit liabilities, which enables it to make additional loans and investments. But cash received by commercial banks is rarely loaned out in the same form. It is normally deposited in the bank's account at its district Federal Reserve Bank as additional reserves. These reserves in turn enable the bank to create new money through the lending process.

For example, assume that First Commercial Bank takes in $100,000 in cash deposits from businesses and individuals for credit to their checking accounts. For the sake of simplicity, further assume that the Federal Reserve requires the bank to meet a 10 percent reserve requirement, which in this case means that the bank must hold $10,000 in reserves against these new deposits. (Actual reserve requirements vary




National bank notes of the 1860s decorate a song sheet. *Photo courtesy of the Library of Congress, Prints and Photographs Division [LC-USZ6219191].*

depending on the amount of total transaction deposits a bank holds.)

Given these assumptions, First Commercial Bank now has $100,000 in cash assets (held either as vault cash or as a deposit balance at its district Federal Reserve bank), giving it $90,000 in excess reserves against which it can create $90,000 in new demand deposits by making a commercial loan. A bank's total reserves are those cash assets it holds or owns that are eligible for meeting the reserve requirement. Remember, only vault cash and deposit balances held at the Reserve bank or in a pass-through account at a correspondent bank are eligible. **Excess reserves** are those reserve assets held above and beyond the amount required by the Federal Reserve. An easy way to remember these terms and relationships is through the following equations:

Total reserves =
required reserves + excess reserves.

Excess reserves =
total reserves − required reserves.

When a commercial bank makes a business loan, it accepts as an asset the borrower's debt obligation (the promise to repay), and creates a liability on its books in the form of a demand deposit balance in the amount of the loan. The deposits that banks create when they make business loans are generally backed by financial or physical assets, which collateralize the promissory note or loan agreement. Assume that First Commercial agrees to lend $90,000 to a local merchant. Again, the loan transaction can be shown using T-accounts.

The First Commercial Bank loan created a sum of money ($90,000) that did not exist before by generating a demand deposit balance for the merchant who received the loan. This money creation increased the bank's assets and liabilities by $90,000 each. The loan did not simply bring about a redistribution of assets as occurred when First Intermediary Savings and Loan made its loan.

In the case of First Commercial Bank, the new $90,000 in demand deposit money does not disappear when the merchant uses the loan proceeds to buy inventory. The supplier of the merchandise deposits the $90,000 check in its own bank. This bank forwards the check for collection to First Commercial, which pays the check by transferring $90,000 of its cash assets to the supplier's bank. Having paid the check, First Commercial also strikes from its books the

First Commercial Bank
(before the loan)

| *Assets* | | *Liabilities* | |
|---|---|---|---|
| Cash assets | + $100,000* | Demand deposits | + $100,000 |

| | |
|---|---|
| * Required reserves | $10,000 |
| Excess reserves | $90,000 |

First Commercial Bank
(after the loan)

| *Assets* | | *Liabilities* | |
|---|---|---|---|
| Cash assets | + $100,000* | Demand deposits | + $100,000 |
| New business loan | + $ 90,000 | Demand deposit created for business borrower | + $ 90,000 |

| | |
|---|---|
| * Required reserves | $10,000 |
| Excess reserves | $90,000 |

$90,000 deposit liability previously carried for the merchant borrower. The next T-account shows First Commercial's balance sheet after check collection.

The $90,000 that First Commercial created as a demand deposit balance still exists, but now it is entered on the books of another bank (in the account of the supplier that sold the merchandise to the merchant borrower).

## RESERVE REQUIREMENTS AND LIQUIDITY CONSTRAINTS

A bank's ability to create additional money depends on its excess reserves. When a bank has no excess reserves, it cannot create any more demand deposits. To do so would result in a reserve requirement deficiency as soon as the newly created funds were spent. Furthermore, a financial penalty would be imposed by the Federal Reserve for failing to adhere to banking law.

First Commercial Bank
(after check collection)

| *Assets* | | *Liabilities* | |
|---|---|---|---|
| Cash assets | + $10,000* | Demand deposits | + $100,000 |
| New business loan | + $90,000 | | |

| | |
|---|---|
| * Required reserves | $10,000 |
| Excess reserves | $ 0 |

At this point in our example, First Commercial bank no longer has any excess reserves. If First Commercial tries to increase its earning assets by making a $5,000 loan, the effects will be as shown in the T-account below.

The T-account at the top of the followng page indicates that after the check collection process was completed, First Commercial's books would show a reserve deficiency.

First Commercial Bank would now have only $5,000 in cash assets (vault cash and/or a deposit balance at the Federal Reserve). However, the law requires the bank to hold an amount equal to 10 percent of its $100,000 in demand deposits, or $10,000. In essence, the $5,000 loan would have generated a reserve deficiency of $5,000. In payment for the new business borrower's check, First Commercial would have had to transfer $5,000 of its reserves to another bank. As a result, even though its balance sheet continues to balance (assets equal liabilities), First Commercial has a reserve deficiency.

Even in the absence of legal reserve requirements, the senior management of First Commercial might determine that $5,000 in cash assets would represent too little liquidity; that is, $5,000 would be insufficient

First Commercial Bank
(after the second loan)

| *Assets* | | *Liabilities* | |
|---|---|---|---|
| Cash assets | + $10,000* | Demand deposits | + $100,000 |
| Initial business loan | + $90,000 | Demand deposit created for new business borrower | + $ 5,000 |
| New business loan | + $ 5,000 | | |

| | |
|---|---|
| * Required reserves | $10,000 |
| Excess reserves | $ 0 |

installment credit to members. Savings banks, savings and loan associations, and credit unions are the nation's savings institutions.

**creditworthiness** A borrower's ability to obtain credit from lenders, usually based on the amount and quality of the borrower's assets and repayment history.

**cyclical unemployment** Unemployment generated by worker layoffs caused by a downturn in the business cycle.

D

**daylight overdraft** A condition during the course of the banking day when a bank pays out more electronic funds than it has on its books.

**dealer** An individual or firm that buys and resells securities or other assets for profit. A dealer carries an inventory, as distinct from a broker, who does not carry inventory.

**dealer firms** Firms that buy and sell securities or other assets for profit. Dealers carry an inventory, as distinct from brokerage firms, which do not. The Federal Reserve sells to and buys from primary government securities dealer firms to implement its monetary policy.

**dealer market** A nationwide telephone market for trading government securities, centered primarily in New York City.

**debt management** Actions taken to change the structure or composition of the national debt. Debt management includes the control of maturities and timing of the issuance of securities by business or government.

**debit card** A plastic card that serves as an access device to an electronic funds transfer (EFT) terminal. When used for payments, it immediately transfers funds from the user's account (a debit) to another party.

**defensive open market operations** The Federal Reserve's buying and selling of government securities in the open market to offset or nullify undesired changes in the growth or level of bank reserves and the money supply caused by such factors as Treasury borrowings or tax payments.

**defined-benefit plan** A pension plan that makes specific monthly payments to retired employees based on a formula that usually factors in the employee's length of service and earnings.

**defined-contribution plan** A pension plan that takes in contributions (savings) from employees, which may or may not be matched by employer contributions, and invests the funds into one or more investment alternatives determined by the employee.

**delayed availability standards** Rules established in the 1987 Expedited Funds Availability Act that stipulate that banks must make funds available for local checks within two business days of deposit and for other checks within five business days of deposit.

**demand deposit accounting unit (DDA unit)** In most banks, the back-office department (demand deposit accounting unit) that processes each day's check data.

**demand deposits** Funds that customers may withdraw from banks with no advance notice, usually by writing checks or using automated teller machines. Checking accounts are the most common form of demand deposits.

**demand-pull inflation** A general rise in the prices of goods and services that results when total demand (consumer, business, and government spending) exceeds the total supply of goods and services available at current prices.

AMERICAN BANKERS ASSOCIATION®

American Bankers Association
1120 Connecticut Avenue, NW
Washington, DC 20036
1-800-BANKERS
www.aba.com

WVSU
BOOKSTORE
0-89582-470-6
FRIEDMAN MONEY &
BANKING 5th 03
BST/295
FRI0002U
UBKS $ 75.00
PLEASE DO NOT REMOVE FOR
BUYBACK OR REFUND PURPOSES

99990

PA
5 03