# ECONOMICS

## an Introduction to Analysis and Policy

Seventh Edition

GEORGE LELAND BACH

State of Pennsylvania

County of Cumberland } SS:

I, Parvin M. Mehrtash, a Notary Public of the State of Pennsylvania hereby certifies that the attached copies are a true, correct, complete and unaltered original copies made personally by me of the following pages Front Cover, iv, v, vi, 153, 154 and 155 copied directly from "ECONOMICS" Seventh Edition, written by George Leland Bach, Ph.D., Professor Stanford University.

In Witness Whereof, I have hereunto set my hand and official seal

03-06-2013

Common Wealth of PA
NOTARIAL SEAL
Parvin M. Mehrtash, Notary Public
Upper Allen Twp., Cumberland County
My Commission Expires March 07, 2016

Parvin M. Mehrtash

Parvin M. Mehrtash, Notary Public

SEVENTH EDITION

ECONOMICS
An Introduction to Analysis and Policy

George Leland Bach

© Copyright 1971, 1968, 1966, 1963, 1960, 1957, 1954
by PRENTICE-HALL, INC., Englewood Cliffs, New Jersey.
All rights reserved. No part of this book may be reproduced
in any form without permission in writing from the publisher.
Printed in the United States of America.
SBN 13-227272-5
Library of Congress Catalog No. 76-140764

Current printing (last digit):
10 9 8 7 6 5 4 3 2 1

PRENTICE-HALL INTERNATIONAL, INC., *London*
PRENTICE-HALL OF AUSTRALIA, PTY. LTD., *Sydney*
PRENTICE-HALL OF CANADA, LTD., *Toronto*
PRENTICE-HALL OF INDIA PRIVATE LIMITED, *New Delhi*
PRENTICE-HALL OF JAPAN, INC., *Tokyo*

# Preface

This edition is, like its predecessors, frankly and enthusiastically a book on political economy. It is a book on economic theory, but equally a book on how students can use economic theory in thinking about complex problems for themselves. It is a book designed for either a full-year or a one-semester course, for instructors who wish to put either micro- or macroeconomics first.

The focus throughout is on what the *student* does. The evidence is overwhelming that students retain little of what they learn in college economics courses unless they become interested enough to continue to use it as they read the newspaper and vote, after they leave the classroom. If we do not manage to kindle a real interest in economics, we have lost the battle at the outset. If we don't give students concepts and methods which they can use *for themselves* after graduation, little will last.

*Thus, the emphasis here is on key central concepts, principles, and models—and on how to apply these analytical tools to current, real-world, "relevant" problems.* This is a big book, not because its goal is to cram students full of information, but to provide teachers a rich menu of lively applications from which they can choose to fit the interests of their students. Theory, and how students can apply it for themselves, is the theme throughout.

This edition not only looks new. It is new, with the following innovations.

It stresses "National Goals and Priorities" as the key to Part I, and as the framework for the whole book, in keeping with today's student interests and the temper of the times.

It has ten new chapters or appendixes applying economic theory to big, "relevant" national and world problems:

- Pollution and the Environment
- The Population Explosion
- Economic Growth and the "Quality of Life"
- Black Economic Development and Black Capitalism
- Poverty and Insecurity
- Economics of the Draft
- The Military-Industrial Complex
- Marx, Radical Economics, and Profits
- The Urban Crisis
- Economics of Minimum-Wage Laws

With these, the book can provide readings for a whole course without the need for additional outside assignments, but it is also suited for use with outside materials.

It stresses economics as a modern empirical science.

It has a thorough, up-to-the-minute treatment of money and modern monetary analysis—and of the "monetarist"-fiscal policy controversy, including quantitative evidence on the debate.

Public goods, externalities, and the public sector are greatly expanded and tied into the discussion of shifting national goals and priorities—all in relation to market processes and alternative means of resource allocation.

It builds on new developments in learning theory and research:
*Student motivation*—big and little current problems to involve students.
*Clear focus on objectives*—what the student should learn and keep.
*Learning retention*—through repeated, explicit use of concepts and principles.

It offers a rich menu of up-to-the-minute supplementary teaching aids:
A big, new *Teacher's Manual and Question Bank*, providing about 2,000 easy-to-grade objective and discussion questions, plus suggested examinations and teaching hints (prepared jointly with Professor William Moffat).
A new *Workbook* and new readings volume *(Economic Analysis and Public Policy)*, both based on experience-tested earlier editions (prepared jointly with Professors Myron L. Joseph and Norton Seeber).
New editions of "programmed-learning" texts covering micro and macro theory *(Microeconomics* and *Macroeconomics)* (prepared jointly with Professors Richard Attiyeh and Keith Lumsden).
Color and black-and-white transparencies of major charts for use with large classes (prepared by Professor Phillip Saunders).

Suggested divisions of the text for two different one-semester courses are included immediately after the Table of Contents.

Over successive editions, my indebtedness to colleagues and friends in the profession has become so vast that it is patently impossible to list all those who deserve credit. For this seventh edition, however, I must thank especially Professor William Moffat, who has provided innumerable perceptive suggestions and kept me from many errors; and my present and former colleagues, Professors Richard Attiyeh (University of California, La Jolla), William Dunkelberg (Stanford), Myron Joseph (Carnegie-Mellon University), Keith Lumsden (Stanford), Phillip Saunders (Indiana University), and Norton Seeber (Oakland University). Professor Michael Lovell of Wesleyan University continues to share authorship of the mathematical appendixes. Professor Stewart Lee of Geneva College has been helpful on several editions. The usual warning that only I am responsible for the final outcome needs to be added, however, for I have accepted only some of the suggestions advanced. Lastly, I want to add my appreciation to James Bacci, Eloise Starkweather, and Marvin Warshaw of Prentice-Hall for their help in making the book more readable and attractive throughout; to Lynette Sweet for her many hours of expert secretarial assistance throughout; and to Lorian Marlantes for his valuable assistance in preparing the index.

dict that if households and businesses receive $100 of additional deposits, they will withdraw about $20 of it in the form of new currency.

### *The Supply of Bank Money: Checking Deposits*

#### Commercial Banks and the "Creation" of Deposits

Currency is government money issued directly by the Treasury and the Federal Reserve. But the great bulk of our money is not issued by the government at all. Rather, it is provided by the commercial banks in their day-to-day business of making loans and "investments."[3] The distinguishing feature of modern commercial banking is its ability, through making loans and investments, to "monetize" the debts of others, and thereby in effect to create demand deposits (checking accounts) which serve as money.

Thus, the commercial banks (that is, the banks we all know and deal with) in good times generally lend out more than customers have previously deposited. In bad times, they may insist on repayment of the same loans, wiping out the deposits created when the loans were made. Far from being a passive link in the savings-investment process, commercial banks may drastically affect the flow of funds from savers into real investment.

[3]When banks make "investments," these are financial investments in government bonds or other securities. Banks make very few direct *real* investments.

To understand this rather startling statement that commercial banks "create" checking deposits, you need to know something about how a commercial bank works. The easiest way to get this picture is to look at a simplified balance sheet of a bank, and then to trace through a few transactions. This will give you an understanding of the nature of deposits and how they get created.

#### The Bank's Balance Sheet

Banks, like other business institutions, keep a running financial record of what they own and what they owe to other people. What they own and what is owed to them are their "assets." What they owe to other people are their "liabilities." The difference between the two is the "net worth" of the business to its owners, the stockholders. When these three main categories are put together in one statement, they are called a "balance sheet."

A typical bank balance sheet looks like the one below, except that we have omitted a lot of minor items to make the essential categories stand out.

What this balance sheet says is that on June 30, 1971, the bank owned cash of $400,000, bonds valued at $800,000, and a building and fixtures valued at $50,000. In addition, it had loaned out $400,000 to customers, who owed the money back to the bank. These are its assets.

Offsetting these assets, the bank had deposits of $1,500,000, partly demand and partly time

**Report of Condition**

**VICTORY BANK AND TRUST COMPANY**

**June 30, 1970**

| Assets | | Liabilities and Net Worth | |
|---|---|---|---|
| Cash | $ 400 000 | Demand deposits | $ 900 000 |
| Bonds | 800 000 | Savings deposits | 600 000 |
| Loans outstanding | 400 000 | Net worth | 150 000 |
| Building and fixtures | 50 000 | | |
| | $1 650 000 | | $1 650 000 |

deposits. These deposits are liabilities because they are sums the bank promises to pay to the depositors on demand or on due notice.

The difference between the assets and liabilities is $150,000, which is the estimated net worth of the bank. Part of this net worth was originally paid in by the stockholders as "capital" when they bought stock to start the bank. The rest is "surplus and undivided profits," which are mainly the profits made by the bank and not paid out to the owners. This breakdown of net worth is not shown on our simplified balance sheet.

### *Potential Creation of Credit by an Individual Bank*

If we make some highly simplified assumptions, the basic operations of the Victory bank are laid bare. Assume for the moment that: (1) the bank is on an isolated island where there are no other banks and no communication with other countries; (2) all payments on the island are made by bank check, and no currency is used by the public (the "cash" item on the balance sheet may, for example, be gold); and (3) there are no laws to control the volume of loans the bank can make.

Suppose now that you, a substantial businessman on the island, go to the banker and ask to borrow $1,000. Your credit is good, and he agrees to make the loan. What happens to the bank's balance sheet?

On the assets side "Loans Outstanding" go up $1,000, and on the liabilities side "Demand Deposits" go up the same amount. Remember that all payments are made by check, so you will simply take your loan as an addition to your checking deposit at the bank. Instead of giving you currency, the banker gives you a checking account. The balance sheet still balances, as it always must. But now there is $1,000 more spendable money (checking deposits) in existence merely as a result of the bank's making a loan to you. There is no change at all in the amount of "cash" in existence. The bank has taken your promise to pay (which could not serve as money) and has given you its promise to pay on the order of your check (which is widely acceptable money). It has "monetized" your debt.[4]

This result is shown readily by a simplified bank balance sheet (sometimes called a T-account), listing only the changes that take place in this transaction. It shows that loans have increased $1,000 on the assets side and that deposits have increased $1,000 on the liabilities side of the balance sheet.

| Assets | | Liabilities | |
|---|---|---|---|
| Loans | +$1,000 | Deposits | +$1,000 |

Chances are you've borrowed the money because you want to spend it. What happens when you do spend it? Say you buy some machinery from John Jones, and write him a check for $1,000. When Jones presents the check at the bank for payment, $1,000 is taken out of your account and put in his. Since all payments are made by check, he will not want any currency; he merely wants the $1,000 in his checking account so he can spend it when he likes. The new $1,000 of checking deposits has been spent once and is now available for Jones to spend again.

A few days later, Jones buys a new roof for his house, and pays for it with the $1,000. Then the $1,000 is transferred again, from Jones's account to the roofer's account. Now the $1,000 has financed $2,000 of transactions, and the money is as ready for spending again as if the bank had printed up a thousand one-dollar bills and lent them to you. Obviously the new deposit can be spent over and over as long as it is in existence.

In the meantime, what has been happening on the bank's balance sheet? Nothing. The

[4]Banks ordinarily deduct interest on loans in advance. Thus the bank would give you perhaps $970 and keep the other $30 for interest; you would repay the full $1,000. This process of deducting interest in advance is called "discount" rather than charging "interest." Suppose for simplicity, however, that the bank gives you the full $1,000.

0:13-cv-00639-JFA Date Filed 03/11/13 Entry Number 1-13 Page 8 of 8



$1,000 checking deposit has been moving from one account to another, but the overall totals on the balance sheet remain unchanged. The additional deposit was created by the loan to you. It remains outstanding until the loan is paid off, and may be spent (transferred) any number of times in the meantime.

Some day your loan will come due. If you're a sound businessman, you will have built up your own checking account in preparation for the day by holding on to receipts you get from your customers. On the due date, you go in to see the banker and write him a check for $1,000 on your own account. He returns your promissory note to you, and the loan is paid off. But look at what this does to the bank's balance sheet.

Loans are down by $1,000, since the loan to you is paid off. And deposits are down by $1,000, since you have written a $1,000 check against your account payable to the bank, and this check is not transferred to any other depositor. Repayment of the loan just reverses the original entries that were made when you borrowed the money. The loan was made by giving you a deposit account to write checks on. Repayment of the loan wipes out that checking account, and at the same time wipes out your debt to the bank. The whole transaction has been perfectly businesslike. It has thousands of counterparts every day in the United States. Yet, in effect, the bank has acted like a little mint, monetizing your debt and creating the checking deposit it lends you, and wiping the deposit out when you repay the loan.

Look at the T-account now. It still shows the + $1,000 in loans and deposits from the initial loan. But now we add a − $1,000 for both deposits and loans. The balance sheet is back to its original position, but the economy had an extra $1,000 of money while the loan was outstanding.

| **Assets** | | **Liabilities** | |
|---|---|---|---|
| Loans | +$1 000 | Deposits | +$1 000 |
| | 1 000 | | 1 000 |

How many other loans can the banker make simultaneously? Obviously, there is no reason why he has to stop with you. Since the public does all its business by check, and since there is no other bank on the island, he need not worry about currency withdrawals or loss of deposits to another bank. It is hard to see what will put a ceiling on the volume of loans the banker can extend. And he could just as well extend credit by buying bonds. Suppose that instead of lending $1,000 to you he buys a new $1,000 bond issued by the island government. The bank enters a $1,000 checking account for the government, which the government can spend when it pleases. The checking deposit is created in exactly the same way, and it stays in existence (however often it is spent) until the bank is repaid for the bond. Since the bank collects interest on every loan or investment made, this looks like a very good thing indeed for the banker and his stockholders.

But it all sounds a little like never-never land. You probably suspect there's a catch in it someplace. If people could draw out currency, you say, the banker couldn't go around creating money like that just by writing down entries on his books. And you'd be right—partly right. We need to explore what happens when people can withdraw currency. But before you throw out this simplified example, remember that about 80 percent of all transactions in the United States today are made by bank check. The example is not far off on that score after all.

### *Limits to Credit Creation by an Individual Bank*

Why don't banks keep on expanding their loans and earning more interest indefinitely, if all they have to do is create new checking accounts by making entries on their books? Now remove the simplifying assumptions of our island economy, one by one, to get a real-world situation like the one that exists in the United States today. But still assume there is no Federal Reserve to regulate the banks and to provide more currency; the amount is fixed.