
ACCOUNTING
THE BASIS FOR BUSINESS DECISIONS
WALTER B. MEIGS
A. N. MOSICH
CHARLES E. JOHNSON

STATE OF PENNSYLVANIA

COUNTY OF CUMBERLAND } SS:

I, Parvin M. Mehartash, a Notary Public of the State of Pennsylvania hereby certifies that the attached copies were made personally by me from the following book entitled, "ACCOUNTING, THE BASIS FOR BUSINESS DECISIONS, THIRD EDITION." Written by Walter B. Meigs, Ph.D. C.P.A., Professor and Chairman of Accounting, University of Southern California; A.N. Mosich, Ph.D. C.P.A., University of Southern California and Charles E. Johnson, Ph. D. C.P.A. Late Professor of Accounting, University of Oregon, the Front Cover, pages 10,13, 14, 15 and 51 for an example. The Library of Congress Number is HF 5635. M49 and the ISBN number is 00-07-041410-6.

In Witness Whereof, I have hereunto set my hand official seal

this

03-06-2013

Common Wealth of PA
NOTARIAL SEAL
Parvin M. Mehrtash, Notary Public
Upper Allen Twp., Cumberland County
My Commission Expires March 07, 2016

Parvin M. Mehrtash

Parvin M. Mehrtash, Notary Public

the nature of the balance sheet, or statement of financial condition, as it is sometimes called. Once we have become familiar with the form and arrangement of the balance sheet and with the meaning of technical terms such as ***assets, liabilities,*** and ***owner's equity,*** it will be as easy to read and understand a report on the financial condition of a business as it is for an architect to read the blueprint of a proposed building.

## The balance sheet

The purpose of a balance sheet is to show the financial condition of a business at a particular date. Every business prepares a balance sheet at the end of the year, and many concerns prepare one at the end of each month. A balance sheet consists of a listing of the assets and liabilities of a business and of the owner's equity. The following balance sheet portrays the financial condition of the Westside Cleaning Shop at December 31.

*Balance sheet shows financial condition at a specific date*

***WESTSIDE CLEANING SHOP***
***Balance Sheet***
***December 31, 19___***

| *Assets* | | *Liabilities & Owner's Equity* | |
|---|---|---|---|
| *Cash* | *$ 6,500* | *Liabilities:* | |
| *Accounts receivable* | *3,000* | *Notes payable* | *$ 6,000* |
| *Land* | *7,000* | *Accounts payable* | *4,000* |
| *Building* | *15,000* | *Total liabilities* | *$10,000* |
| *Office equipment* | *1,000* | *Owner's equity:* | |
| *Delivery equipment* | *2,500* | *J. R. Crane, capital* | *25,000* |
| | *$35,000* | | *$35,000* |

Note that the balance sheet sets forth in its heading three items: (*1*) the name of the business (*2*) the name of the statement "Balance Sheet," and (*3*) the date of the balance sheet. Below the heading is the body of the balance sheet, which consists of three distinct elements: assets, liabilities, and the owner's equity. The remainder of this chapter is largely devoted to making clear the nature of these three elements.

**THE BUSINESS ENTITY** The illustrated balance sheet refers only to the financial affairs of the business entity known as Westside Cleaning Shop and not to the personal financial affairs of the owner, J. R. Crane. Crane may have a personal bank account, a home, a car, a cattle ranch, and other property, but since these personal belongings are not a part of his cleaning shop business, they are not included in the balance sheet of this business unit.

In brief, ***a business entity is an economic unit which enters into business***

of assets is likely to differ considerably from the cost recorded in the owner's accounting records.

The decline in the purchasing power of the dollar in recent years has raised serious doubts as to the adequacy of the conventional cost basis in accounting for assets. Proposals for adjusting recorded dollar amounts to reflect changes in the value of the dollar, as shown by a price index, are receiving increasing attention.[1] Balance sheets showing assets at current appraised values rather than at historical cost are also being advocated by some accountants. Accounting concepts are not as exact and unchanging as many persons assume; to serve the needs of a fast-changing economy, accounting concepts and methods must also undergo continuous evolutionary change. As of today, however, the cost basis of valuing assets is still in almost universal use.

The problem of valuation of assets is one of the most complex in the entire field of accounting. It is merely being introduced at this point; in later chapters we shall explore carefully some of the valuation principles applicable to the major types of assets.

## Liabilities

Liabilities are debts. All business concerns have liabilities; even the largest and most successful companies find it convenient to purchase merchandise and supplies on credit rather than to pay cash at the time of each purchase. The liability arising from the purchase of goods or services on credit (on time) is called an ***account payable,*** and the person or company to whom the account payable is owed is called a ***creditor.***

A business concern frequently finds it desirable to borrow money as a means of supplementing the funds invested by the owner, thus enabling the business to expand more rapidly. The borrowed funds may, for example, be used to buy merchandise which can be sold at a profit to the firm's customers. Or, the borrowed money might be used to buy new and more efficient machinery, thus enabling the company to turn out a larger volume of products at lower cost. When a business borrows money for any reason, a liability is incurred and the lender becomes a creditor of the business. The form of the liability when money is borrowed is usually a ***note payable,*** a formal written promise to pay a certain amount of money, plus interest, at a definite future time. An ***account payable,*** as contrasted with a ***note payable,*** does not involve the issuance of a formal written promise to the creditor, and it does not call for payment of interest. When a business has both notes payable and accounts payable, the two types of liabilities are shown separately in the balance sheet. The sequence in which these two liabilities are listed is not important, although notes payable are usually shown as the first item among the liabilities.

[1] See *Financial Statements Restated for General Price-Level Changes*, Statement No. 3 of the Accounting Principles Board, American Institute of Certified Public Accountants, June, 1969, New York.

A figure showing the total of the liabilities may also be inserted, as shown by the illustrated balance sheet on page 10.

The creditors have claims against the assets of the business, usually not against any particular asset but against the assets in general. The claims of the creditors are liabilities of the business and have priority over the claims of owners. Creditors are entitled to be paid in full even if such payment should exhaust the assets of the business, leaving nothing for the owner. The issue of valuation, which poses so many difficulties in accounting for assets, is a much smaller problem in the case of liabilities, because the amounts of most liabilities are specified by contract.

## Owner's equity

The owner's equity in a business represents the resources invested by the owner; it is equal to the total assets minus the liabilities. The equity of the owner is a residual claim; as the owner of the business he is entitled to whatever remains after the claims of the creditors are fully satisfied. For example:

| | |
|---|---|
| *The Westside Cleaning Shop has total assets of* | *$35,000* |
| *And total liabilities amounting to* | *10,000* |
| *Therefore, the owner's equity must equal* | *$25,000* |

Suppose that the Westside Cleaning Shop borrows $1,000 from a bank. After recording the additional asset of $1,000 in cash and recording the new liability of $1,000 owed to the bank, we would have the following:

| | |
|---|---|
| *The Westside Cleaning Shop now has total assets of* | *$36,000* |
| *And total liabilities are now* | *11,000* |
| *Therefore, the owner's equity still is equal to* | *$25,000* |

It is apparent that the total assets of the business were increased by the act of borrowing money from a bank, but the increase in assets was exactly offset by an increase in liabilities, and the owner's equity remained unchanged. The owner's equity in a business is not increased by borrowing from banks or other creditors.

The owner's equity in a business comes from two sources:

1 Investment by the owner
2 Earnings from profitable operation of the business

Only the first of these two sources of owner's equity is considered in this chapter. The second source, an increase in owner's equity through earnings of the business, will be discussed in Chapter 3.

## The accounting equation

One of the fundamental characteristics of every balance sheet is that the total figure for assets always equals the total figure for liabilities and

owner's equity. This agreement or balance of total assets with total equities is one reason for calling this statement of financial condition a ***balance sheet.*** But *why* do total assets equal total equities? The answer can be given in one short paragraph, as follows:

The dollar totals on the two sides of the balance sheet are always equal because these two sides are merely two views of the same business property. The listing of assets shows us what things the business owns; the listing of liabilities and owner's equity tells us who supplied these resources to the business and how much each group supplied. Everything that a business owns has been supplied to it by the creditors or by the owner. Therefore, the total claims of the creditors plus the claim of the owner equal the total assets of the business.

The equality of assets on the one hand and of the claims of the creditors and the owner on the other hand is expressed in the equation:

*Fundamental accounting equation*

| Assets | = | Liabilities | + | Owner's Equity |
|---|---|---|---|---|
| $35,000 | = | $10,000 | + | $25,000 |

The amounts listed in the equation were taken from the balance sheet illustrated on page 10. A balance sheet is nothing more than a detailed statement of this equation. To emphasize this relationship, compare the balance sheet of the Westside Cleaning Shop with the above equation.

To emphasize that the equity of the owner is a residual element, secondary to the claims of creditors, it is often helpful to transpose the terms of the equation, as follows:

*Alternative form of equation*

| Assets | = | Liabilities | – | Owner's Equity |
|---|---|---|---|---|
| $35,000 | = | $10,000 | – | $25,000 |

Every business transaction, no matter how simple or how complex, can be expressed in terms of its effect on the accounting equation. A thorough understanding of the equation and some practice in using it are essential to the student of accounting.

Regardless of whether a business grows or contracts, this equality between the assets and the claims against the assets is always maintained. Any increase in the amount of total assets is necessarily accompanied by an equal increase on the other side of the equation, that is, by an increase in either the liabilities or the owner's equity. Any decrease in total assets is necessarily accompanied by a corresponding decrease in liabilities or owner's equity. The continuing equality of the two sides

sheet, the income statement, and other formal financial reports. In the balance sheet, for example, a dollar sign is placed by the first amount in each column and also by the final amount or total. Many accountants also place a dollar sign by each subtotal or other amount listed below an underlining. In the published financial statements of large corporations, however, the use of dollar signs is often limited to the first and last figures in a column.

When dollar amounts are being entered in the columnar paper used in journals and ledgers, commas and periods are not needed. On unruled paper, commas and periods should be used. Most of the problems and illustrations in this book are in even dollar amounts. In such cases the cents column can be left blank, or if desired, zeros or dashes may be used.

## DEMONSTRATION PROBLEM FOR YOUR REVIEW

*a* Drill Company was organized on July 1 and carried out a number of transactions during July before opening for business on August 1. The partially filled in journal for the company appears below. You are to determine the titles of the accounts to be debited and credited to complete these July journal entries.

*General Journal* *Page 1*

| Date | | Account Titles and Explanations | LP | Debit | Credit |
|---|---|---|---|---|---|
| *19__* | | | | | |
| *July* | *1* | | | *50,000* | |
| | | | | | *50,000* |
| | | *Howard Drill opened a bank account in the name of the business by making a deposit of his personal funds.* | | | |
| | *2* | | | *30,000* | |
| | | | | | *10,000* |
| | | | | | *20,000* |
| | | *Purchased land. Paid one-third cash and issued a note payable for the balance.* | | | |
| | *5* | | | *12,000* | |
| | | | | | *12,000* |
| | | *Purchased a small portable building for cash. The price included installation on Drill Company's lot.* | | | |
| | *12* | | | *2,500* | |
| | | | | | *2,500* |
| | | *Purchased office equipment on credit from Suzuki & Co.* | | | |
| | *28* | | | *1,000* | |
| | | | | | *1,000* |
| | | *Paid part of account payable to Suzuki & Co.* | | | |