*Fourth Edition*

# Marketing *for* Bankers

*Mary Ann Pezzullo*

AMERICAN BANKERS ASSOCIATION

State of Pennsylvania

County of Cumberland } SS:

I, Parvin M. Mehrtash, a Notary Public of the State of Pennsylvania hereby certifies that the attached copies are a true, correct, complete and unaltered original copies made personally by me of the following pages Front Cover, iii and iv copied directly from "Marketing for Bankers" Fourth Edition, written by Mary Ann Pezzullo, wrote several books for the American Bankers Association and a marketing expert employed by numerous different bank in the North East portion of the United States and is a member of the Bank Marketing Association and has also written sales training courses offered by the American Institute of Banking. **See Declaration, the American Bar Associations approves these books.**

In Witness Whereof, I have hereunto set my hand and official seal

03/06/13

Common Wealth of PA
NOTARIAL SEAL
Parvin M. Mehrtash, Notary Public
Upper Allen Twp., Cumberland County
My Commission Expires March 07, 2016

Parvin M. Mehrtash

Parvin M. Mehrtash, Notary Public

This publication is designed to provide accurate and authoritative information in regard to the subject matter covered. It is sold with the understanding that the publisher is not engaged in rendering legal, accounting, or other professional service. If legal advice or other expert assistance is required, the services of a competent professional person should be sought.

*From a Declaration of Principles jointly adopted by a Committee of the American Bar Association and a Committee of Publishers and Associations.*

Library of Congress Cataloging-in-Publication Data
Pezzullo, Mary Ann.
Marketing for bankers/Mary Ann Pezzullo.—4th ed.
p. cm.
Includes index.
ISBN 0-89982-317-3
1. Bank marketing. I. Title.
HG1616.M3P49 1993
332.1'068'8—dc20

93-19899
CIP

© 1993 by the American Bankers Association

All rights reserved. No part of this publication may be reproduced, stored in a retrieval system, or transmitted in any form or by any means—electronic, mechanical, photocopying, recording or otherwise—without prior written permission of the American Bankers Association.

This book is printed on recycled paper containing 50 percent recycled fiber, 20 percent of which has been de-inked.

Printed in the United States of America 10 9 8 7 6 5 4 3

# CONTENTS


| | | |
|---|---|---|
| **Preface** | | **v** |
| **Part I** | **What is Marketing?** | **1** |
| Chapter 1 | Introduction to Marketing and Key Marketing Concepts | 3 |
| **Part II** | **Strategic Marketing** | **27** |
| Chapter 2 | Marketing Planning: The Basics | 29 |
| Chapter 3 | The Strategic Marketing Process | 47 |
| Chapter 4 | The Development of a Situation Analysis | 63 |
| Chapter 5 | Objective Setting and Introduction to Strategy Formulation | 85 |
| **Part III** | **Understanding the Market** | **99** |
| Chapter 6 | Consumer and Organizational Buying Behavior | 101 |
| Chapter 7 | Marketing Information and Research | 121 |
| Chapter 8 | Target Market Selection and Positioning Strategies | 141 |
| **Part IV** | **Marketing Mix Strategies** | **151** |
| Chapter 9 | Product Strategy and New Product Development | 153 |
| Chapter 10 | Pricing Strategy | 177 |
| Chapter 11 | Distribution Strategy: Physical Distribution | 197 |
| Chapter 12 | Distribution Stategy: Personal Selling | 213 |
| Chapter 13 | Promotion Strategy: Advertising and Sales Promotion | 233 |
| **Part V** | **Other Topics in Bank Marketing** | **263** |
| Chapter 14 | Organization, Implementation, and Evaluation | 265 |
| Chpater 15 | Public Relations and Communications | 285 |
| Chapter 16 | The Wholesale Side of Banking | 303 |
| Chapter 17 | The Future of Bank Marketing | 321 |
| **Part VI** | **Case Studies** | **329** |
| **Glossary** | | **407** |
| **Index** | | **417** |