# Money and Banking:
## ANALYSIS AND POLICY

SECOND EDITION

Charles R. Whittlesey
Arthur M. Freedman
Edward S. Herman

EXHIBIT 19-2
Page 1 of 4

EXHIBIT ___
PAGE ___ of ___

State of Pennsylvania

County of Cumberland } SS:

I, Parvin M. Mehrtash, a Notary Public of the State of Pennsylvania hereby certifies that the attached copies are a true, correct, complete and unaltered original copies made personally by me of the following pages Front Cover, v, vii and viii copied directly from "MONEY AND BANKING: Analysis and Policy" Second Edition, written by Charles R. Whittlesey, Arthur M. Freedman and Edward S. Herman, Wharton School of Finance and Commerce, University of Pennsylvania.

In Witness Whereof, I have hereunto set my hand and official seal this

03-06-2013

Common Wealth of PA
NOTARIAL SEAL
Parvin M. Mehrtash, Notary Public
Upper Allen Twp., Cumberland County
My Commission Expires March 07, 2016

Parvin M. Mehrtash

Parvin M. Mehrtash, Notary Public

# Preface

THIS REVISION of *Money and Banking: Analysis and Policy* embodies considerable reorganization, the rewriting and updating of certain parts, and some condensation. Our aim throughout has been to achieve clarity and conciseness without sacrifice of essential content. The revision provides an opportunity to take advantage of experience with the earlier edition as well as to respond to unremitting financial change.

The decade of the 1950's saw a shift from dollar shortage to dollar surplus, confounding earlier prophecies of chronic shortage by experts at home and abroad. An inflow of gold that led for a time to a surfeit of reserves was followed by an ebb tide that gave rise to widespread fear of reserve stringency. The decade also witnessed a resurgence of faith in the efficacy of monetary policy—this was the period of the "rediscovery of money" and the "bills-only" policies—which receded in the face of continuing bouts of inflation and recurring balance-of-payments deficits. Full circle was reached in the latter 1960's with the Board of Governors, our supreme monetary authority, pleading for increased reliance on fiscal policy.

The record suggests no convincing reason for supposing that comparable swings in analysis and policy will not occur in the future. All this is part of the challenge which monetary economics presents to both student and teacher. Those who write textbooks are confronted with self-evident difficulties. To emphasize current problems is to risk becoming out of date. To concentrate on historical developments may risk the loss of reader interest; but more than that, it is to shirk responsibility for contributing, however modestly, to a solution of issues that press upon us.

What has been attempted here, as in the preceding edition, is to concentrate on what appear to be the more enduring aspects of the subject, and to treat the rest as elements of an evolutionary process that reaches backward into the past and forward into the future. Historical evidence is viewed as a

markets have been shifted to Part One to provide a survey of the financial structure before a more thorough examination of commercial banking. In Part Two the relation of government and the banks, including problems of supervision and control, formerly handled as a separate chapter in the latter part of the book, is incorporated more briefly into Chapter 6. Also transferred to this part are chapters on structural change and regulatory policy (Chapter 9) and the historical background of American banking (Chapter 10).

A number of basic sections troublesome to students have been extensively rewritten. In the case of the investment function, the exposition has been simplified by avoiding an explicit discussion of capital theory which experience indicates is a stumbling block in any brief account. At the same time, the present discussion of investment grows out of the underlying theory of capital with the essential elements brought in as needed to explain the position and shape of the investment function. Some of the superficiality of the usual treatment in this area is thereby avoided. The analysis of the inflationary gap has also been simplified. The relation of planned aggregate expenditures, in both money and real terms, under conditions of pure inflation is now made to focus on the underlying disequilibrium, thus emphasizing the basic inflationary forces without tedious detail relating to particular hypothetical cases. Further efforts at expositional improvement may be noted in the treatment of the expansion coefficients of the banking system, the bank as a business enterprise, and the nature and limitations of quantity theory explanations of total expenditure.

In view of the current interest in fiscal policy, we have clarified the relations among the administrative, consolidated-cash, and national-income-accounts budgets. New analytical concepts and their empirical counterparts, such as "fiscal drag" and the "high-employment" budget, are introduced. Similarly, with the continuing balance-of-payments deficit of the United States, greater attention has been given to alternative concepts of deficit and surplus, and to various expedients employed and proposals put forward to deal with the deficit and the broader liquidity issues to which it is related.

Although an introductory course in economics is not a binding prerequisite for the use of this volume, we have taken advantage of the fact that students usually have had such a course before taking money and banking. We have sought, by means of brief selected bibliographies and occasional footnotes, to indicate where users of the book may turn conveniently for supplementary guidance and data relating to current developments. To remain abreast of future events will require intelligent post-graduation reading and thinking. This book is designed to contribute to the will as well as the ways of achieving both.

We are indebted for comments and suggestions to numerous friends in academic and banking circles, including the Federal Reserve System. Especially are we obligated to colleagues at the University of Pennsylvania. They

are, of course, in no way accountable for imperfections which may have survived their efforts.

C. R. W.
A. M. F.
E. S. H.