Whittlesey
Freedman
Herman

# MONEY and BANKING:

## Analysis and Policy

State of Pennsylvania

County of Cumberland } SS:

I, Parvin M. Mehrtash, a Notary Public of the State of Pennsylvania hereby certifies that the attached copies are a true, correct, complete and unaltered original copies made personally by me of the following pages Front Cover, ii, iii, iv, v, 40, 82, 83,84, 85 and 86 copied directly from "MONEY AND BANKING: Analysis and Policy" Third Edition, written by Charles R. Whittlesey, Arthur M. Freedman and Edward S. Herman, Wharton School of Finance and Commerce, University of Pennsylvania.

In Witness Whereof, I have hereunto set my hand and official seal

03-06-2013

Common Wealth of PA
NOTARIAL SEAL
Parvin M. Mehrtash, Notary Public
Upper Allen Twp., Cumberland County
My Commission Expires March 07, 2016

Parvin M. Mehrtash

Parvin M. Mehrtash, Notary Public

# MONEY AND BANKING:

## Analysis and Policy

# MONEY AND

CHARLES R. WHITTLESEY
ARTHUR M. FREEDMAN
EDWARD S. HERMAN

WHARTON SCHOOL OF FINANCE AND COMMERCE
UNIVERSITY OF PENNSYLVANIA

# BANKING: Analysis and Policy

*The Macmillan Company, New York*

*Collier-Macmillan Limited, London*

# PREFACE

This volume is a completely rewritten version of *Principles and Practices of Money and Banking* by Charles R. Whittlesey. Since that work first appeared in 1948 there have been substantial changes in financial conditions, ideas, and practices. For example, in 1948 the Exchange Stabilization Fund, established at a time of monetary crisis in the 1930's, was to all appearances dead and buried. By 1961 it had been exhumed and was again in active operation. When the second edition of that volume appeared in 1954 the world was struggling with the problem of dollar shortage, and a number of distinguished economists were warning us that this was to be regarded as a permanent state of affairs. Yet before the decade was out our problem was one of a dollar surplus, with a persistent tendency toward erosion of the country's gold reserves. When the work on this volume was started there was widespread concern over inflation. By the early 1960's this threat appeared to have receded.

Such is the pace of change in the problems of monetary economics. Nor does the record suggest any convincing reason for supposing that comparable developments will not occur in the future. All this is part of the challenge which monetary economics presents to both student and teacher. To those so bold (or so filled with conceit concerning their powers of enlightenment) as to write textbooks, it presents self-evident difficulties. To address attention primarily to current problems risks becoming out of date. To treat the subject historically not only risks loss of reader interest but seems also to shirk responsibility for contributing, however modestly, to a solution of issues that press upon us.

What has been done in this volume is to concentrate upon what appear to be the more enduring aspects of the subject, and to treat the rest as elements of an evolutionary process that reaches backward into the past and forward into the future. Historical evidence is offered not as an end in itself but as a means of illuminating principles and illustrating the origin and development of institutions, problems, and policies.

The book follows a seven-part sequence which proceeds from basic concepts and institutions, to instruments of monetary management, to monetary theory, and then to stabilization policy and international finance. A short introduction to monetary analysis is included in the first chapter with a view to providing an early orientation which will suffice until the student reaches the more extensive treatment of theory in Part V.

Long experience in the teaching of monetary economics has persuaded us that monetary and fiscal analysis are best understood after an explanation of money and credit, money markets, the mechanism of commercial banking, central banking, and related elements of the framework of finance. It is helpful to be able to move

it may appear, is of relatively little consequence; the backbone of the currency system is Federal Reserve notes and small coins. As long as these function satisfactorily, the system as a whole can be regarded as a success by the test that really matters—that of performance.

The particular denominations of currency in circulation as well as the proportion of the total money supply which is held in the form of currency are governed by the actions of individuals. Changes in the total of all currency outstanding or of any particular denomination occur automatically: at any given moment commercial banks, the Reserve Banks, and the Treasury are merely the agents through which the preference of individuals is expressed. "Neither the Federal Reserve Banks nor the Treasury has under ordinary circumstances any direct way of keeping in circulation a larger amount of currency than the public requires or of reducing the amount of currency that the public needs to finance its current operations."[4]

The action of the public in choosing to hold more or less currency or more or less of particular denominations is likely to be influenced by such factors as the physical volume of trade and the prevailing level of prices, the methods by which trade is conducted—as by check or cash—the types of economic activity pursued, and the volume of demand deposits. At times it may be affected by such factors as confidence in the banks and changes in the distribution of the national income among different groups of the population. Methods of Treasury financing, whether by taxation, borrowing from individuals, issue of paper money, or borrowing from banks, may exert an indirect effect on the factors that influence the behavior of individuals.

### Demand Deposits

Almost 80 per cent of the money supply of the United States is made up of demand deposit accounts of the public in commercial banks. This understates the importance of checking accounts in the total volume of money payments since the average rate of turnover of deposit money is higher than that of currency. It is estimated, as was noted earlier, that over 90 per cent of the total volume of money payments in the United States is made with deposit money as the medium of exchange.

In computing the net demand liabilities owed by commercial banks to the public (i.e., "adjusted" demand deposits in the language of Federal Reserve publications), we must make some substantial deductions from the total or "gross" demand deposits shown on the books of commercial banks. As can be seen in Table 3-2, adjusted demand deposits of the public are the aggregate of bank demand deposits, less interbank demand balances, demand balances of the Treasury at commercial banks, and "cash items in process of collec-

4. Board of Governors of the Federal Reserve System, *Banking Studies* (Washington: 1941), p. 310.

mercial banks are members of the Federal Reserve. These include, in addition to all national banks, about one-fifth of the state banks. Since member banks include most of the larger banks in the country, the deposits of member banks comprise about 85 per cent of the total.

With the formation of the Federal Deposit Insurance Corporation in 1935 it became possible for the same bank to become subject to three separate supervisory agencies. Since all member banks must be insured with the FDIC, both national banks and state member banks are subject to a triple authority. More important, the FDIC extended the scope of regulation by federal authority well beyond its previous limits, since many state non-member banks desired deposit insurance. At the end of 1961 there were 6,995 non-member insured banks with demand deposits of 22.5 billion and only 323 non-insured banks with demand deposits of 1.1 billion (less than 1 per cent of total demand deposits).

This regulatory structure is cumbersome and wasteful, even though steps have been taken to reduce the overlapping of regulatory action. In practice the incidence of supervision is less burdensome than might appear. Primary responsibility for national banks rests with the Comptroller of the Currency and primary responsibility for state banks, regardless of membership in the Federal Reserve System or the Federal Deposit Insurance Corporation, rests with the state authorities. Furthermore, a high degree of cooperation has been effected among the federal agencies. Thus national banks are examined by the Comptroller of the Currency but not by the Federal Reserve Banks or FDIC. State member banks are examined by the Federal Reserve (as well as by the state authorities) but not by the Federal Deposit Insurance Corporation. Insured nonmember banks are examined by both the Federal Deposit Insurance Corporation and the state authorities, and non-insured state banks by the state authorities alone.

## THE PROCESS OF MONEY CREATION

Commercial banks, as has been noted, are both intermediaries and money creators. In the former capacity they transfer resources given them by shareholders and depositors to borrowers, much the same as insurance companies, savings banks, and other financial institutions do. When an insurance company, for example, receives a check for $20,000 in payment of an insurance premium, it can lend this sum by buying an earning asset such as a corporate bond. Banks can do this and more, since they have the power to lend out not only the cash transmitted to them, but also deposit money which they create in the process of lending. It is this power to lend newly created funds that most sharply distinguishes the lending process of commercial banks from that of other financial intermediaries.

In general, the intermediary and money creation activities of banks are so closely intertwined as to be indistinguishable. Cash received by banks is

rarely loaned out directly; ordinarily it becomes part of a pool of cash reserves that serve to support the banks' outstanding deposit liabilities. It enables the banks to acquire additional loans and investments in exchange for deposits, which involves the banks in both intermediary and money creation activities.

### Cash Flows and Deposit Changes

From the standpoint of the commercial banking *system* demand deposits may increase (or, by reversing the transactions, decrease) for any one of three main reasons. First, the public may transfer currency to a bank in exchange for an equivalent addition to demand deposits. Second, the Treasury or Federal Reserve Banks may create new money claims which are deposited with banks, thus increasing demand deposits. Finally, the banks may create demand deposits on their own initiative by exchanging such deposits for earning assets.[10] In the first two cases deposits increase as a consequence of a net inflow of cash (currency or deposit claims against the Federal Reserve Banks) to the banks. Deposits which originate in this way, and which are therefore accompanied by an increase in the net cash assets of the banking system, will be referred to as *primary deposits*. In the third case, the deposits arise out of the lending operation itself and result in no net addition to bank cash. The deposits so created will be referred to as *derivative deposits*, as they derive from the lending process of commercial banks. It is in the establishment and destruction of derivative deposits that banks actively create and destroy money.

In order to illustrate the principal ways in which primary deposits are established, let us assume, first, that Mr. Faust, a customer of the Mephisto State Bank (a member bank), decides to transfer to the bank, in exchange for a demand deposit, the sum of $1,000 in currency previously held for safekeeping in a wall safe. The balance sheet of the bank would be altered by an addition to cash assets and a corresponding increment to demand deposits:

MEPHISTO STATE BANK

| *Assets* | | *Liabilities* | |
|---|---|---|---|
| Cash | +$1,000 | Demand deposits | +$1,000 |

The money supply would be unchanged, since the addition to demand deposits is offset by an equal decline in currency held by the public. The currency in Mr. Faust's wall safe was part of the money supply as we have defined it; currency held by a commercial bank is not. Since bank cash has

10. Demand deposits may also increase as a result of a shift by depositors from time to demand deposit accounts. This is of some importance, but at this stage in the discussion it is convenient to regard such transactions as involving withdrawals of currency from banks and, shortly thereafter, redeposits of currency.

increased by the same amount as demand deposits, and since banks need to hold cash reserves that are only a fraction of outstanding deposit liabilities, this transaction has increased the lending power of the banking system.

Let us consider, secondly, a case where new money claims are issued by the Federal Reserve Banks in the process of buying securities (open-market operations). For convenience we shall assume that Mr. Faust sells a $1,000 government bond to the Federal Reserve Bank of New York. Mr. Faust receives a cashier's check for $1,000 drawn on the Federal Reserve Bank; this he transfers to the Mephisto State Bank in exchange for an equivalent addition to his demand deposit. The bank now owns a claim against the Federal Reserve Bank which it will use to increase its cash assets in the form of either additional currency or a larger deposit account with its Federal Reserve Bank. Assuming that the latter course is chosen (which is most likely), the net result is as follows:

| FEDERAL RESERVE BANK | | MEPHISTO STATE BANK | |
|---|---|---|---|
| *Assets* | *Liabilities* | *Assets* | *Liabilities* |
| Government bonds +$1,000 | Deposits of Mephisto State Bank +$1,000 | Deposits with Federal Reserve Bank +$1,000 | Demand deposits +$1,000 |

In this example the money supply is increased by $1,000, in the form of additional demand deposits of the commercial banks; the increase, however, resulted from action by the Federal Reserve Bank, not the commercial banks. The new deposits are primary deposits because they came into existence as a result of an inflow of additional cash assets to the commercial banking system.

### The Lending Process and the Creation of Derivative Deposits

Let us now suppose that a businessman, needing funds to acquire a stock of inventory, asks the Mephisto State Bank for a loan of $25,000. After the loan is granted, the balance sheet of the bank would show a $25,000 addition to the bank's assets in the form of notes receivable, and an equivalent addition to the deposit liabilities of the bank.[11]

| MEPHISTO STATE BANK | |
|---|---|
| *Assets* | *Liabilities* |
| Loans +$25,000 | Demand deposits +$25,000 |

11. This assumes a loan in which interest is collected at maturity. If, as is more common, the loan were "discounted," a note payable in three months at a rate of 4 per cent per annum would realize only $24,750 for the borrower. "Loans" would still go up by $25,000, but deposits would increase by $24,750 and a liability account "income collected but not earned" by $250.

In this case the bank has acquired an income-yielding asset in exchange for rights granted the borrower to draw checks on the bank for an equivalent sum. The bank has exchanged its own non-interest bearing debt for an interest-bearing obligation of its customer. This exchange of debts has its rationale in the bank's quest for income and its customer's need for an acceptable means of payment. Simply by expanding its debts in the form of demand deposits the bank was able to increase its earning assets and at the same time supply the businessman with the ready funds he desired.

It will be noted that this transaction results in an increase in the money supply since demand deposits have risen without any offsetting change elsewhere in the system. In other words, the bank has loaned money that it created in the very process of lending. This process of money creation is sometimes referred to as the "monetization of credit," as the credit instrument of the borrower (a promissory note) has been converted into money by its exchange for the newly created derivative deposit.

Let us now assume that the bank decides to acquire a $5,000 government bond for its investment portfolio. After arranging for the purchase from a dealer, the bank would write a cashier's check for the cost of the bond and convey it to the seller. In the simplest case the seller of the bond would bank with the institution acquiring the bond, depositing the check to his account. Then the seller would have increased his demand deposit by the amount of the check, and on the other side of the balance sheet the bond holdings of the bank would be increased by the same amount.

BUYING BANK

| *Assets* | | *Liabilities* | |
|---|---|---|---|
| Bonds | +$5,000 | Demand deposits | +$5,000 |

We see that the process of acquiring a bond has increased the money supply exactly as in the case of the loan.

Typically the seller of a bond will do his banking at an institution other than the buyer bank, in which case the seller's bank will increase its demand deposits and cash assets at the expense of the buyer bank. Assuming that the seller has deposited in his own bank the cashier's check received from the buyer bank, and that this check has been cleared, the net effect of the transactions will be:

| BUYING BANK | | | SELLER'S BANK | | |
|---|---|---|---|---|---|
| *Assets* | | *Liabilities* | *Assets* | | *Liabilities* |
| Bonds | + $5,000 | | Cash | +$5,000 | Demand deposits +$5,000 |
| Cash | −$5,000 | | | | |

It will be noted that demand deposits have increased by the value of the purchased bond, as in the previous case. In this instance, however, the demand deposit first appears on the accounts of a bank other than the one acquiring the bond so that the bond purchase by a bank results in the establishment of a demand deposit in another bank. By the same line of reasoning, the sale of a bond by a bank will result in the reduction of the demand deposit of the buyer in his bank. (The student should show this by making the appropriate balance sheet entries.)

### Interbank Deposit Transfers

The principal source of day-to-day fluctuations in the demand deposits of *individual* commercial banks is neither primary nor derivative deposit changes. It is interbank deposit transfers, i.e., the shift of existing demand deposits between commercial banks. As checks are written on existing deposits they are transferred from bank to bank in a never-ending process. Deposit totals for the system are not altered by these transfers, but they may affect the deposits of individual banks to a significant extent.

Interbank deposit transfers may be illustrated by assuming that our depositor, Mr. Faust, deposits at his bank a check for $500 sent him by Mr. Wilcox, drawn on the First National Bank of Mephisto. Mr. Faust's bank obtains a claim on the First National, in exchange for which it credits his account for the $500. For simplicity let us suppose that the claim is collected in currency by a messenger walking across the street and presenting the check to the other bank. The First National then debits Mr. Wilcox's account by the amount of the check and the two banks adjust their cash accounts, thus completing the set of transactions. The changes in the balance sheets of the two banks are as follows:

| MEPHISTO STATE BANK | | FIRST NATIONAL | |
|---|---|---|---|
| *Assets* | *Liabilities* | *Assets* | *Liabilities* |
| Cash +$500 | Demand deposits +$500 | Cash −$500 | Demand deposits −$500 |

It should be observed that here, as in the case of the depositing of currency in the bank, there is no change in the money supply. The increase in demand deposits in one bank is offset by a corresponding reduction of the demand deposits in another institution. It should also be noted that in this case, in contrast to instances where primary deposits are established, there is no increment to the cash assets of the commercial banks taken together, but rather a transfer of cash between banks. These interbank transfers are of major importance to the banks involved and significantly affect the behavior of individual banks. But they do not affect system totals as do primary and derivative deposits.