# PRINCIPLES OF MONEY, BANKING, AND FINANCIAL MARKETS

Lawrence S. Ritter
&
William L. Silber

*Basic Books, Inc., Publishers*
*New York*

Commonwealth of Pennsylvania

County of Cumberland { SS:

I, Parvin M. Mehrtash, a Notary Public of the Commonwealth of Pennsylvania hereby certifies that the attached copies are a true, correct complete and unaltered original and/or genuine copies made personally by me of the following pages, Front Title Page, IX, 16, 21, 28, 30 and 39 copied directly from "Principles of Money, Banking, and Financial Markets" written by Lawrence S. Ritter and William L. Silber, both having their Doctorate Degrees. Dr. Ritter, a former Chief of the Domestic Research Division of the Federal Reserve Bank of New York, a consultant to the United States Treasury, the Federal Deposit Insurance Corporation and the Board of Governors of the Federal Reserve System.

William L. Silber, Director of the Doctoral Program at the Graduate School of Business Administration at New York University. A former Senior Staff Economist with the President's Council of Economic Advisors, he has also served as consultant to the Board of Governors of the Federal Reserve System, the Federal Home Loan Bank Board and the Department of Housing and Urban Development.

In witness Whereof, I have hereunto set my hand and officials seal

03-06-2013

Common Wealth of PA
NOTARIAL SEAL
Parvin M. Mehrtash, Notary Public
Upper Allen Twp., Cumberland County
My Commission Expires March 07, 2016

Parvin M. Mehrtash

Parvin M. Mehrtash, Notary Public

# About the Authors

LAWRENCE S. RITTER is Professor of Finance and Economics at New York University's Graduate School of Business Administration. A former Chief of the Domestic Research Division of the Federal Reserve Bank of New York, he has served as a consultant to the U.S. Treasury, the Federal Deposit Insurance Corporation, and the Board of Governors of the Federal Reserve System. He has been the Editor of the *Journal of Finance* and is a past President of the American Finance Association. Professor Ritter is also the author of *The Glory of Their Times*, a best-selling book about the early days of baseball.

WILLIAM L. SILBER is Professor of Economics and Director of the Doctoral Program at the Graduate School of Business Administration at New York University. A former Senior Staff Economist with the President's Council of Economic Advisers, he has also served as a consultant to the Board of Governors of the Federal Reserve System, the Federal Home Loan Bank Board, and the Department of Housing and Urban Development, and is currently Associate Editor of the *Journal of Finance* and of the *Review of Economics and Statistics*. He is the author of *Portfolio Behavior of Financial Institutions* (1970) as well as of numerous articles in professional journals.

# CHAPTER 2

# Commercial Banking and Deposit Creation

THE Bible begins with the creation of heaven and earth. Money and banking textbooks also begin with the creation—the creation of money by commercial banks. Creation *ex nihilo* is the favorite explanation in both cases. Unable to demonstrate the Biblical creation "out of nothing," we'll do the next best thing: Show how banks create money out of nothing. In order to see how it works, let's go into the banking business ourselves.

## The Business of Banking

A commercial bank, as contrasted with a savings bank or a savings and loan association, is a bank that deals in demand deposits (checking accounts). Since demand deposits are money, that looks like an intriguing business to get involved in. First we'll have to get together enough of our friends to back us, since you need a lot of money to begin with before you can start a bank. Poor people don't open banks (at least not legally).

What should we do now? Unfortunately, with this balance sheet we are not too profitable. We have a lot of excess reserves that are earning no interest, and not enough earning assets. All we have in the way of interest-bearing assets is the $3 million of government bonds we bought practically before we opened our doors. Banks make profits mostly by making loans. Surely we can hustle up some good loans—preferably to people who don't need the money, because they are obviously the ones who deserve it most (and are most likely to pay us back).

Assuming we can find enough creditworthy borrowers who want to take out a loan, how much can we safely lend?

## Deposit Expansion: The Single Bank

To answer the question of how much we can safely lend, we need to know two things: (1) how much excess reserves we have, and (2) what happens when we make a loan. We already know how much excess reserves we have—$2.8 million. So let's take a moment to examine what happens when we make a loan.

When a bank lends, the borrower does not ordinarily take the proceeds in hundred dollar bills; he takes a brand new checking account instead. On the bank's balance sheet, loans (an asset) and demand deposits (a liability) both rise. A bank *creates* a demand deposit when it lends. In effect, since demand deposits are money, banks create money.

How much, then, can we lend? Since the only limit on our creation of demand deposits appears to be the requirement that we have a 10 percent reserve, a superficial answer would be that we can lend—and create demand deposits—up to a limit of 10 times our excess reserves. We have excess reserves of $2.8 million, so why not lend 10 times that, or $28 million? If we did, here is what would happen:[2]

| A | | L & NW | |
|---|---|---|---|
| Loans | + $28,000,000 | Demand deposits | + $28,000,000 |

[2] Actually, a bank would typically "discount" the loan—that is, deduct the interest in advance, giving the borrowers somewhat less than $28 million. For the sake of convenience, let's ignore this detail.



*"Now let's go over this just once more. Open market sales decrease reserves and purchases increase them. Or is it the other way around?"*

public's portfolio (its wealth) directly. The public gives up an asset, or incurs a liability, as part of the very process through which currency or demand deposits rise; the reverse occurs when demand deposits decline. For example, if the money supply is increased by Federal Reserve open market purchases of securities, the increased demand deposit acquired by the public is offset by the reduction in its holdings of government securities (they were purchased by the Federal Reserve). In any subsequent expansion of demand deposits by bank lending or security purchases, the public acquires an asset (demand deposits) but either creates a liability against itself in the form of a bank loan or sells to the bank an asset of equal value, such as a government bond.

In summary: The central bank can affect the ability of commercial banks to lend and buy securities, and thereby create or destroy money. It can do this by changing bank reserve ratios or changing the actual amount of bank reserves (by altering the discount rate and, most importantly, by open market operations). When banks are put in a deficit reserve position, they *must* take steps to reduce their

## Deposit Contraction

A change in demand deposits can, of course, be down as well as up, negative as well as positive. If we start with a *deficiency* in reserves in the formula, a negative excess, the potential change in demand deposits is negative rather than positive. Instead of money being *created* by banks when they lend or buy securities, money is *destroyed* as bank loans are repaid or securities sold.

When someone repays a bank loan, the bank has less loans outstanding and at the same time deducts the amount repaid from the borrower's demand deposit balance. There are less demand deposits in existence; money has disappeared. Similarly, if a bank sells a bond to one of its own depositors, it takes payment by reducing the depositor's checking account balance. (If it sells a bond to a depositor in another bank, the other bank winds up with less demand deposit liabilities.)

The potential multiple contraction in demand deposits follows the same principles discussed above for the potential expansion of demand deposits, with one exception: the entire downward multiple change in demand deposits could conceivably take place in one single bank.

Say that a bank has a $1,000 reserve deficiency. It is then faced with two stark (we didn't say naked) alternatives: It must either (a) increase its reserves by $1,000, or (b) decrease its demand deposits by 10 times $1,000, or $10,000 (assuming a reserve requirement of 10 percent).

Let's take the second alternative first. The bank could decrease its demand deposits by the entire $10,000 by demanding repayment of that many loans, or by selling that many securities to its own depositors. Loans (or bonds) would drop by $10,000 on the asset side, demand deposits would drop by the same amount on the liabilities side, and the reserve deficiency would be eliminated. In this case, the single bank alone bears the entire multiple decrease in the money supply.

It is more likely that the bank will choose the first option, increasing its reserves by $1,000. One way it could go about this is by borrowing $1,000 in reserves from the Federal Reserve, an alternative we will discuss more fully in Chapter 3. Another way is by selling $1,000 of bonds on the open market, making the reasonable assumption that they will be bought by depositors in other banks (our bank being just a little fish in a veritable sea of banks). After



Exhibit 20

## *Suggestions for Further Reading*

In case you feel you don't have a firm grasp of the basic principles underlying deposit expansion and contraction, try pp. 1–13 in Dorothy M. Nichols' excellent pamphlet, *Modern Money Mechanics: A Workbook on Deposits, Currency, and Bank Reserves*, which is available free from the Federal Reserve Bank of Chicago (P. O. Box 834, Chicago, Illinois, 60690).