Third Edition

# MONEY, BANKING, AND ECONOMIC ACTIVITY



Lloyd B. Thomas, Jr.

Exhibit 26
Page 1 of 6

State of Pennsylvania

County of Cumberland } SS:

I, Parvin M. Mehrtash, a Notary Public of the State of Pennsylvania hereby certifies that the attached copies are a true, correct, complete and unaltered original copies made personally by me of the following pages Front Cover, iii, iv, xii xiii, 124, 165 and 166 directly from the Third Edition MONEY, BANKING AND ECONOMIC ACTIVITY," Written by Lloyd B. Thomas, Jr. Kansas State University

In Witness Whereof, I have hereunto set my hand and official seal this

Parvin M. Mehrtash, Notary Public

03-06-2013

Common Wealth of PA
NOTARIAL SEAL
Parvin M. Mehrtash, Notary Public
Upper Allen Twp., Cumberland County
My Commission Expires March 07, 2016

Parvin M. Mehrtash

third edition

# MONEY, BANKING, AND ECONOMIC ACTIVITY

LLOYD B. THOMAS, JR.
Kansas State University

PRENTICE-HALL, INC., Englewood Cliffs, New Jersey 07632

*Library of Congress Cataloging-in-Publication Data*

THOMAS, LLOYD B.
Money, banking, and economic activity.

Bibliography: p.
Includes index.
1. Money. 2. Banks and banking. 3. Finance.
I. Title.
HG221.T3985 1986 332.1 85-17004
ISBN 0-13-600057-6

Editorial/production supervision and interior design: Sonia Meyer
Cover design: Photo Plus Art; cover photo by Lou Odor Photography
Manufacturing buyer: Ed O'Dougherty

©1986, 1982, 1979 by Prentice-Hall
A Division of Simon & Schuster, Inc.
Englewood Cliffs, New Jersey 07632

All rights reserved. No part of this book may be reproduced, in any form or by any means, without permission in writing from the publisher.

Printed in the United States of America

10 9 8 7 6 5 4 3 2 1

ISBN 0-13-600057-6 01

Prentice-Hall International (UK) Limited, *London*
Prentice-Hall of Australia Pty. Limited, *Sydney*
Prentice-Hall Canada Inc., *Toronto*
Prentice-Hall Hispanoamericana, S.A., *Mexico*
Prentice-Hall of India Private Limited, *New Delhi*
Prentice-Hall of Japan, Inc., *Tokyo*
Prentice-Hall of Southeast Asia Pte. Ltd., *Singapore*
Editora Prentice-Hall do Brasil, Ltda., *Rio de Janeiro*
Whitehall Books Limited, *Wellington, New Zealand*

transfer by check, which constitute the bulk of our money. This monopoly power has ended, as nonbank thrift institutions have been authorized to issue transactions accounts. Nevertheless, the predominant portion of the U.S. money supply (*M*-1) remains in the form of commercial bank checking accounts. Through the process of lending and investing, commercial banks collectively create money. Commercial banking activity constitutes the primary conduit through which Federal Reserve monetary policies influence the nation's supply of money and credit conditions. For this reason, commercial banking activities merit special scrutiny.

## COMMERCIAL BANKING: FUNDAMENTAL CONCEPTS

In this chapter, we will probe into the commercial bank balance sheet and look at the nature of bank assets and liabilities. We shall also discuss the principles governing the management of bank assets and look at the concepts of capital adequacy, bank liquidity, and solvency. We will examine the concept of liability management. The material presented in this chapter will provide the background for understanding the role of commercial banks in the money-creation process. We shall begin to probe into that topic in Chapter 9.

### The Commercial Bank Balance Sheet

The balance sheet of a given entity is a statement of the assets and liabilities of the entity at a given point of time. From time to time, we shall have occasion to look at the balance sheet of the Federal Reserve System, the U.S. Treasury, the public, and, especially, commercial banks. An asset of a commercial bank is an indication of a claim by the bank upon some external (nonbank) entity. A liability of a commercial bank is an indication of a claim upon the bank, held by some external entity. A fundamental and simple accounting identity is the following:

$$\text{Assets} - \text{Liabilities} = \text{Net Worth}$$

or

$$\text{Assets} = \text{Liabilities} + \text{Net Worth}$$

Net worth, which is often called the "capital accounts" in banking terminology, is simply a residual term. It is calculated by subtracting the value of total liabilities from the value of total assets. The capital accounts of a commercial bank may be viewed as the value of bank owners' residual claims upon the bank.

Another way of viewing the balance sheet of a commercial bank is as a statement of the sources and uses of bank funds. Banks obtain funds by issuing debts in the form of demand deposits and savings and time deposits, by borrowing funds from other banks or the public, and by obtaining equity funds

# 9

# THE CREATION OF BANK DEPOSITS AND THE FEDERAL RESERVE SYSTEM: Introduction

In Chapter 7 we analyzed several aspects of commercial banking without placing special emphasis upon the role of banks in the money-supply process. In this chapter we shall provide an exposition of the way in which commercial bank loan and investment activity influences the U.S. money supply. We will briefly outline the role of the central bank—the Federal Reserve System—in the money-supply process. A highly detailed explanation of the central bank's role in the money-supply process will be presented in the next several chapters (Part III). In this chapter, we shall also examine the institutional and power structure of the Federal Reserve System (frequently referred to as the "Fed") and look at the moot question: Should the Fed be independent of the executive and legislative branches of government?

## CREATION OF BANK DEPOSITS

An important motive for examining the behavior of commercial banks stems from our knowledge that bank activities influence the volume of credit and the supply of money, and our belief that these latter variables exert powerful influence over crucial macroeconomic variables such as aggregate demand, unemployment, and the general level of prices.

We begin the exposition by illustrating the effect of bank lending and investing activities upon the supply of money, e.g., *M*-1. To illustrate the mechanism, let us reemploy the device of the T-account introduced in Chapter 7.

The T-account indicates the *change* in the bank balance sheet resulting from a given event. Suppose your Hometown Bank loans a local shoe-store owner $10,000 for the purpose of adding to inventories of shoes. The T-account of the Hometown Bank indicates the following balance-sheet changes:

**Hometown Bank**

| | |
|---|---|
| Loans + $10,000 | Demand deposits + $10,000 |

The local bank has created a liability in the form of demand deposits by adding to its assets in the form of loans. Since *M*-1 is defined as demand deposits in commercial banks plus other checkable deposits in financial institutions and currency in the hands of the public, this transaction increases the money supply by $10,000.

Of course, the Hometown merchant did not take out the $10,000 loan for the purpose of leaving the funds in a checking account. When the merchant purchases a new shipment of shoes, a $10,000 check is sent to a Chicago shoe manufacturer. When this check is deposited and cleared, demand deposits in the Hometown Bank return to the original preloan level. However, demand deposits in the shoe manufacturer's Chicago bank are increased by $10,000. Thus, the U.S. money supply remains higher by $10,000 as long as the Hometown Bank loan is outstanding.[1]

Even in the unlikely event that the merchant requested the loan in the form of actual currency rather than bookkeeping deposits, the result would have been the same—*M*-1 and other measures of money expanded by $10,000. Since the currency granted to the merchant would come from bank vault cash, which is not included in the money supply, *M*-1 would rise as soon as the currency was presented to the borrower. Currency held outside of the banks is included in the money supply. Currency held in the bank is not. The main point may be easily summarized: Whenever banks increase loans, the money supply increases by the identical magnitude.

The same result occurs whenever a bank purchases a security from a member of the public. Suppose the Hometown Bank purchases $200,000 of U.S. government securities from a dealer located in New York. The local bank sends a $200,000 check written on its account with the Federal Reserve. After the dealer deposits the check in a demand deposit account in a New York commercial bank, and after the check is processed by the Federal Reserve System, the balance-sheet effects are indicated by the following T-accounts:

**Hometown Bank**

| | |
|---|---|
| Deposit at Fed − $200,000<br>U.S. gov't. securities + $200,000 | |

**New York Bank**

| | |
|---|---|
| Deposit at Fed + $200,000 | Demand deposits + $200,000 |

[1] If the shoe manufacturer or any other recipient of these balances places the funds in a commercial bank savings account, then *M*-1 returns to its preloan level and only *M*-2, *M*-3, etc. remain higher by $10,000 while the Hometown Bank loan is outstanding.