*Second Edition*

# PRINCIPLES OF ECONOMICS

Karl E. Case / Ray C. Fair



State of Pennsylvania
County of Cumberland } SS:

I, Parvin M. Mehrtash, a Notary Public of the State of Pennsylvania hereby certifies that the attached copies are a true, correct, complete and unaltered original copies made personally by me of the following pages Front Cover, iii, iv, xxiii, xxiv, xxv, xxvi, 724, 725, 726 and 727 copied directly from "The PRINCIPLES OF ECONOMICS" Second Edition, written by Ray C. Fair, Ph.D. Economics Professor, Yale University and Karl E. Case, Ph.D., Professor of Economics, Wellesley College.

In Witness Whereof, I have hereunto set my hand and official seal this

Parvin M. Mehrtash, Notary Public

03-06-2013

Common Wealth of PA
NOTARIAL SEAL
Parvin M. Mehrtash, Notary Public
Upper Allen Twp., Cumberland County
My Commission Expires March 07, 2016

*Second Edition*

# PRINCIPLES OF ECONOMICS

*Karl E. Case*
WELLESLEY COLLEGE

*Ray C. Fair*
YALE UNIVERSITY

*Prentice Hall, Inc.*
*Englewood Cliffs, New Jersey 07632*

Library of Congress Cataloging-in-Publication Data

Case, Karl E.
Principles of economics / Karl E. Case.—2nd ed.
1136 p. cm.
Includes bibliographical references and index.
ISBN 0-13-680919-7
1. Economics. I. Fair, Ray C. II. Title.
HB171.5.C3123 1992 91-28708
330—dc20 CIP

Development Editor: *Steven Rigolosi*
Production Editor: *Anne Graydon*
Interior design & page layout: *Lorraine Mullaney*
Cover design: *Lorraine Mullaney*
Market research: *Maria Cmaylo Hartwell*
Prepress Buyer: *Trudy Pisciotti*
Manufacturing Buyer: *Robert Anderson*
Scheduling: *Liz Robertson*
Editorial assistance: *Diane deCastro, Edith Pullman, Renee Pelletier, Nancy Barnes, and Asha Rohra*
Photo research: *Barbara Scott*
Interior art: *Network Graphics*

Publisher: *Garret White*
Vice President, Development: *Ray Mullaney*
Senior Managing Editor: *Jeanne Hoeting*
Managing Editor: *Frances Russello*
Art Director: *Christine Wolf*
Supplements Editor: *David Scholder*
Marketing Manager: *Patti Arneson*

Cover Art: *F. Kupka,* "Plans par Courbes, No. 2," 1926, oil/canvas, 84 x 91 cm; Collection Mladek, Washington, DC.
Photo credits on page C-1.

© 1992, 1989, by Prentice-Hall, Inc.
a Simon & Schuster Company
Englewood Cliffs, NJ 07632

All rights reserved. No part of this book may be reproduced, in any form or by any means, without permission in writing from the publisher.

Printed in the United States of America
10 9 8 7 6 5 4 3 4 2 1

ISBN 0-13-680919-7

Prentice-Hall International (UK) Limited, *London*
Prentice-Hall of Australia Pty. Limited, *Sydney*
Prentice-Hall Canada Inc., *Toronto*
Prentice-Hall Hispanoamericana, S.A. *Mexico*
Prentice-Hall of India Private Limited, *New Delhi*
Prentice-Hall of Japan, Inc., *Tokyo*
Simon & Schuster Asia Pte. Ltd., *Singapore*
Editora Prentice-Hall do Brasil, Ltda., *Rio de Janeiro*

### Annotated Instructor's Edition

The annotated instructor's edition, by Professor Dereka Rushbrook of the University of Texas, Austin, and Professor Michael Donihue of Colby College, is a special printing of the textbook created for instructors. Marginal annotations to the text are printed in blue and divided into six categories: Teaching Tips, Real-World Examples, Class Discussion, Suggested Outside Readings, Typical Student Misconceptions, and Points to Stress.

### Lecture Planner

The lecture planner is a separate instructor's manual with 39 chapters corresponding to the chapters in the student text. Each chapter in the lecture planner includes a Chapter Outline, Learning Objectives, Lecture Suggestions (many of which are taken from current economic literature), Discussion Questions, and Answers to the Review Questions and Exercises in the textbook.

### ATLAS Test Item File

A comprehensive test bank of approximately 3,500 questions (written by Professor Teresa Riley of Youngstown State University, Professor Phil Schuchman of the DeVry Institute of Technology, and Professor Paul Koch of Illinois State University, Normal) is provided in the *Principles of Economics Test Item File.* The questions are divided into six categories (multiple choice, fill-in, true/false, matching, short answer, and essay questions) and three levels of difficulty (easy, moderate, and challenging). For ease of reference, each of the questions is keyed to the textbook. Approximately 100 questions are available for each chapter.

### Prentice Hall Test Manager

The test item file is designed for use with the Prentice Hall Test Manager, a computerized package that allows instructors to custom-design, save, and generate classroom tests. Available in both 3.5″ and 5.25″ IBM versions, the test manager also permits professors to edit and add or delete questions from the test item file.

For those with limited access to computers or secretarial support, Prentice Hall's *Telephone Testing Service* allows professors to order customized tests by calling a toll-free telephone number a few days before the test is to be administered. Additional information about the various forms of testing service can be obtained through your Prentice Hall sales representative.

### Color Transparencies

There are more than 400 charts, graphs, and tables in this textbook. Approximately 150 of these have been carefully selected and reproduced as 8½″ × 11″ color acetate transparencies for classroom use.

### ABC/Prentice Hall Video Library for *Principles of Economics*

ABC News and Prentice Hall have combined their experience in academic publishing and global reporting to provide a comprehensive video ancillary to the second edition. The library contains more than 50 news clips from the ABC News programs *Nightline, Business World, On Business, This Week with David Brinkley, World News Tonight,* and *The Health Show.* Each of the clips has been carefully chosen to illustrate or supplement a specific discussion in the text. The ABC News icon appears in the margins of the Annotated Instructor's Edition to indicate that a video is available to supplement the textbook discussion.

### ABC News/Prentice Hall Video Guide

A guide for professors providing suggestions for integrating the ABC/PH Video Library for *Principles of Economics* into the classroom. The Guide contains suggestions for in-class exercises and teaching notes for the videos.

### *The New York Times* "Contemporary View" Program

*The New York Times* and Prentice Hall have joined forces to offer a program designed to enhance student access to current and relevant economic issues. Students will receive a "student version" of *The New York Times* containing articles that appeared in current editions of the *Times* that relate to the concepts and topics presented in the textbooks.

## ACKNOWLEDGMENTS

Many people helped bring the second edition to a successful conclusion. First, and foremost, is Steven

Rigolosi, our development editor at Prentice Hall. Steve worked tirelessly for the better part of a year and helped with virtually all aspects of the book from pedagogy, to language, to arguing substantive points with us. He learned a lot of economics along the way, and we have benefited enormously.

Also at Prentice Hall, we would like to thank our production editor, Anne Graydon, for keeping to a tight schedule with good cheer; Maria Cmaylo Hartwell, market research analyst, for her input and suggestions into the revision; Barbara Scott, photo researcher, for some first-class photos; Lorraine Mullaney, for her beautiful interior design; David Scholder, supplements editor, for putting together the teaching and learning package; Garret White, publisher, for taking on the project at a critical stage; and Ray Mullaney, Vice President and head of Prentice Hall's text development group, for his development expertise.

Susan Parker read the entire manuscript in galleys and contributed in numerous other ways as well. Mark Banovich read the entire manuscript in pages. Chris Waller was again of considerable help in issues regarding the aggregate supply curve.

Special thanks go to Meda Sokolova-Mladek for allowing us to reproduce the Kupka painting on the cover. Dr. Mladek also provided us with detailed information on Kupka's work, as did Professor Frederic Pryor.

Last, but not least, the following individuals were of immense help in reviewing all or part of this book in various stages of development:

Lew Abernathy, University of North Texas ▪ Jack Adams, University of Maryland ▪ Doulas Agbetsiafa, Indiana University at South Bend ▪ Sam Alapati, Rutgers University ▪ Polly Allen, University of Connecticut ▪ Stuart Allen, University of North Carolina at Greensboro ▪ Jim Angresano, Hampton-Sydney College ▪ Nick Apergis, Fordham University ▪ Kidane Asmeron, Pennsylvania State University ▪ James Aylesworth, Lakeland Community College ▪ Kari Battaglia, University of North Texas ▪ Daniel K. Benjamin, Clemson University ▪ Bruce Bolnick, Northeastern University ▪ G. E. Breger, University of South Carolina ▪ Dennis Brennan, William Rainey Harper Junior College ▪ Atreya Chakraborty, Boston College ▪ Harold Christensen, Centenary College ▪ Daniel Christiansen, Albion College ▪ David Colander, Middlebury College ▪ Daniel Condon, University of Illinois at Chicago; Moraine Valley Community College ▪ David Cowen, University of Texas at Austin ▪ Michael Donihue, Colby College ▪ Robert Driskill, Ohio State University ▪ Richard B. DuBoff, Bryn Mawr College ▪ Gary Dymski, University of Southern California ▪ Jay Egger, Towson State University ▪ Noel J. J. Farley, Bryn Mawr College ▪ Mosin Farminesh, Temple University ▪ Dan Feaster, Miami University of Ohio ▪ Susan Feiner, Virginia Commonwealth University ▪ Lois Fenske, South Puget Sound Community College ▪ William Field, DePauw University ▪ Bill Foeller, State University of New York at Fredonia ▪ Roger Nils Folsom, San Jose State University ▪ Sean Fraley, College of Mount Saint Joseph ▪ N. Galloro, Chabot College ▪ Tom Gausman, Northern Illinois University, DeKalb ▪ Shirley J. Gedeon, University of Vermont ▪ Gary Gigliotti, Rutgers University ▪ Lynn Gillette, Texas A&M University ▪ Sarah L. Glavin, Boston College ▪ Devra Golbe, Hunter College ▪ Roger Goldberg, Ohio Northern University ▪ Douglas Greenley, Moorhead State University ▪ Benjamin Gutierrez, Indiana University at Bloomington ▪ A. R. Gutowsky, California State University at Sacramento ▪ David R. Hakes, University of Missouri at St. Louis ▪ Stephen Happel, Arizona State University ▪ Mitchell Harwitz, State University of New York at Buffalo ▪ David Hoaas, Centenary College ▪ Harry Holzer, Michigan State University ▪ Bobbie Horn, University of Tulsa ▪ John Horowitz, Ball State University ▪ Janet Hunt, University of Georgia ▪ Richard Inman, Boston College ▪ Farhoud Kafi, Babson College ▪ R. Kallen, Roosevelt University ▪ Hirshel Kasper, Oberlin College ▪ Bruce Kaufman, Georgia State University ▪ Dominique Khactu, The University of North Dakota ▪ Phillip King, San Francisco State University ▪ Barbara Kneeshaw, Wayne County Community College ▪ Barry Kotlove, Elmira College ▪ David Kraybill, University of Georgia at Athens ▪ Rosung Kwak, University of Texas at Austin ▪ Jim Lee, Fort Hays State University ▪ Judy Lee, Leeward Community College ▪ Gary Lemon, DePauw University ▪ Alan Leonard, Northern Illinois University ▪ George Lieu, Tuskegee University ▪ Stephen E. Lile, Western Kentucky University ▪ Jane Lillydahl, University of Colorado at Boulder ▪ Al Link, University of North Carolina at Greensboro ▪ Robert Litro, U.S. Air Force Academy, Wallingford, CT ▪ Burl F. Long, University of Florida ▪ Gerald Lynch, Purdue University ▪ Michael Magura, University of Toledo ▪ Don Maxwell, Central State University ▪ Nan Maxwell, California State University at Hayward ▪ J. Harold McClure, Jr., Villanova University ▪ Rick McIntyre, University of Rhode Island ▪ K. Mehtaboin, College of St. Rose ▪ Shahruz Mohtadi, Suffolk University ▪ Robert Moore, Occidental College ▪ Doug Morgan, University of California at Santa Barbara ▪ John Murphy, North Shore Community College, Massachusetts ▪ Randy Nelson, Colby College ▪ David Nickerson, University of British Columbia ▪ Akorlie A. Nyatepe-Coo, University of Wisconsin at LaCrosse ▪ Norman P. Obst, Michigan State University ▪ Kent Olson, Oklahoma State University ▪ Carl Parker, Fort Hays State University ▪ Spirog Patton, Neumann College ▪ Michael Rendich, Westchester Community College ▪ Lynn Rittenoure, University of Tulsa ▪ David C. Rose, University of Missouri at St. Louis ▪ Richard Rosenberg, Pennsylvania State University ▪ Dereka Rushbrook, University of Texas at Austin; ▪ Austin Community College ▪ David L. Schaffer, Haverford College ▪ Jean Shackleford, Bucknell University ▪ Linda Shaffer, California State University at Fresno ▪ Geoff Shepherd, University of Massachusetts at Amherst ▪ Bih-Hay Sheu, University of Texas at Austin ▪ Alden Shiers, California Polytechnic State University ▪ Sue Skeath, Wellesley College ▪ Paula Smith, Central State University, Oklahoma ▪ John Solow, University of Iowa at Iowa City ▪ Dusan Stojanovic, Washington University, St. Louis ▪ Ernst W. Stromsdor-

fer, Washington State University ▪ Michael Taussig, Rutgers University ▪ Timothy Taylor, Stanford University ▪ Sister Beth Anne Tercek, SND, Notre Dame College of Ohio ▪ Jack Trierweler, Northern State University ▪ Brian M. Trinque, University of Texas at Austin ▪ Ann Velenchik, Wellesley College ▪ Chris Waller, Indiana University at Bloomington ▪ Walter Wessels, North Carolina State University ▪ Abera Zeyege, Ball State University ▪ James Ziliak, Indiana University at Bloomington ▪

We welcome comments about the second edition. Please write to us care of Economics Editor, Prentice Hall, Englewood Cliffs, NJ 07632.

*Karl E. Case*
*Ray C. Fair*

# ABOUT THE AUTHORS



**Karl E. Case** is Professor of Economics at Wellesley College. He also lectures on Economics and Tax Policy in the International Tax Program at Harvard Law School and is a Visiting Scholar at the Federal Reserve Bank of Boston. He received his B.A. from Miami University in 1968, spent three years in the Army and received the M.A. and Ph.D. from Harvard University. In 1980 and 1981, he was a Liberal Arts Fellow in Law and Economics at Harvard Law School.

Professor Case's research has been in the areas of public finance, taxation, and housing. He is the author of four other books, including *Economics and Tax Policy* and *Property Taxation: The Need for Reform*, as well as numerous articles in professional journals.

For the past 12 years, he has taught at Wellesley, where he was Department Chair from 1982–1985. Before that, he spent two years as Head Tutor (director of undergraduate studies) at Harvard, where he won the Allyn Young Teaching Prize. He has been a member of the AEA's Committee on Economic Education and was Associate Editor of the *Journal of Economics Education*, responsible for the section on innovations in teaching.



**Ray C. Fair** is Professor of Economics at Yale University. He is a member of the Cowles Foundation at Yale, a Research Associate of the National Bureau of Economic Research, and a Fellow of the Econometric Society. He received a B.A. in economics from Fresno State College in 1964 and a Ph.D. in economics from M.I.T. in 1968. He taught at Princeton University from 1968 to 1974 and has been at Yale since 1974.

Professor Fair's research has primarily been in the areas of macroeconomics and econometrics, with particular emphasis on macroeconometric model building. He is the author of five other books, including *Specification, Estimation, and Analysis of Macroeconometric Models* (Harvard Press, 1984), and numerous journal articles.

Professor Fair has taught introductory and intermediate economics at Yale. He has also taught graduate courses in macroeconomic theory and macroeconometrics.

to withdraw my gold as well. In fact, it is the *fear* of a run that usually causes the run to take place. Runs on a bank can be triggered by a variety of causes: rumors that an institution may have made loans to dubious borrowers who cannot repay them, wars, failures of other institutions that have borrowed money from the bank, and so on. As you will see, today's bankers differ from goldsmiths, in that today's banks are subject to a "required reserve ratio." Goldsmiths had no legal reserve requirements, although the amount that they loaned out was subject to the restriction imposed on them by their fear of running out of gold.

## The Modern Banking System

To understand how the modern banking system works, you need to have a passing familiarity with some basic principles of accounting. Once you are comfortable with the way banks keep their books, the whole process of money creation will seem quite logical.

**A BRIEF REVIEW OF ACCOUNTING** Central to accounting practices is the statement that "the books always balance." In practice, this means that if we take a snapshot of a firm—any firm, including a bank—at a particular moment in time, its

Assets − Liabilities = Capital (or Net Worth), or
Assets = Liabilities + Capital.

*Assets* are things that a firm owns that are worth something. For a bank, these assets include the bank building, its furniture, its holdings of government securities, cash in its vaults, bonds, stocks, and so forth. Most important among a bank's assets, for our purposes at least, are its *loans*. When a bank makes a loan, the borrower gives the bank an *IOU*, a promise to repay a certain sum of money on or by a certain date. This promise is an asset of the bank because it is worth something. The bank could (and sometimes does) sell the IOU to another bank for cash.

**Federal Reserve System (the Fed)** The central bank of the United States.

Other bank assets include cash on hand (sometimes called *vault cash*) and deposits with the United States' central bank—the **Federal Reserve Bank (the Fed).** These deposits and vault cash are like the goldsmith's stock of gold. They are kept as reserves against the possibility of withdrawals. As we will see later in this chapter, federal banking regulations require that banks keep a certain portion of their deposits on hand as vault cash or on deposit with the Fed.

A firm's *liabilities* are simply its debts—what it owes. Stated another way, a bank's liabilities are the promises to pay, or IOUs, that it has issued. A bank's most important liabilities are its deposits. *Deposits* are debts owed to the depositors, because when you deposit money in your account, you are in essence making a loan to the bank.

The basic rule of accounting says that if we add up a firm's assets and subtract from this the total amount it owes to all those who have lent it funds, the difference is the firm's net worth. *Net worth* represents the value of the firm to its stockholders or owners. How much would you pay for a firm that owns $200,000 of diamonds and had borrowed $150,000 from a bank to pay for them? Clearly, the firm is worth $50,000—the difference between what it owns and what it owes. If the price of diamonds were to fall, bringing their value down to only $150,000, the firm would be worth nothing at all.

**FIGURE 26.1**
**T Account for a Typical Bank (millions of dollars)**

The balance sheet of a bank must always balance, so that the sum of assets (reserves and loans) equals the sum of liabilities (deposits and net worth).

| | Assets | Liabilities | |
|---|---|---|---|
| Reserves | 20 | 100 | Deposits |
| Loans | 90 | 10 | Net worth |
| Total | 110 | 110 | Total |

We can keep track of a bank's financial position using a simplified balance sheet called a T account. By convention, the bank's assets are listed on the left-hand side of the T account, its liabilities and net worth on the right-hand side. By definition, the balance sheet always balances, so that the sum of the item(s) on the left side of the T account is exactly equal to the sum of the item(s) on the right side of the T account.

**reserves** The deposits that a bank has at the Federal Reserve bank plus its cash on hand.

The T account of a hypothetical bank is shown in Figure 26.1. The bank has $110 million in *assets,* of which $20 million are **reserves**—the deposits that the bank has made at the Fed and its cash on hand (coins and currency). Reserves are an asset to the bank because the bank can go to the Fed and get cash for them, just the way you can go to the bank and get cash for the amount in your savings account. Our bank's other asset is its loans, worth $90 million.

**required reserve ratio** The percentage of its total deposits that a bank must keep as reserves.

Why do banks hold reserves/deposits at the Fed? There are many reasons, but perhaps the most important is the legal requirement that they hold a certain percentage of their deposit liabilities as reserves. The percentage of its deposits that a bank must keep as reserves at the Fed is known as the **required reserve ratio.** If the reserve ratio is 20%, then a bank with deposits of $100 million must deposit $20 million with the Fed.

On the liabilities side of the T account, the bank has taken deposits of $100 million, so it owes this amount to its depositors. This means that the bank has a net worth $10 million to its owners ($110 million in assets − $100 million in liabilities = $10 million net worth). The net worth of the bank is what "balances" the balance sheet.

A rule worth remembering is as follows:

> When some item on a bank's balance sheet changes, there must be at least one other change somewhere else to maintain balance.

For example, if a bank's reserves increase by $1, then one of the following must also be true: (1) its other assets (say, loans) decrease by $1; (2) its liabilities (deposits) increase by $1; or (3) its net worth increases by $1. Of course, various fractional combinations of these are also possible.

THE CREATION OF MONEY Like the goldsmiths, today's bankers seek to earn income by lending money out at a higher interest rate than they pay depositors for use of their money.

In modern times, the chances of a run on a bank are fairly small; and, even if there is a run, the central bank protects the private banks in various ways. Therefore

> Banks usually make loans up to the point where they can no longer do so because of the reserve requirement restriction.

As we noted above, a bank's required amount of reserves is equal to the required reserve ratio times the total deposits in the bank. If, for example, a bank has deposits of $100 and the required ratio is 20%, the required amount of reserve is $20. The difference between a bank's actual reserves and its required reserves is its **excess reserves:**

**excess reserves** The difference between a bank's actual reserves and its required reserves.

> Excess Reserves = Actual Reserves − Required Reserves.

If banks make loans up to the point where they can no longer do so because of the reserve requirement restriction, this means that banks make loans up to the point where their excess reserves are zero.

To see why this is so, note that when a bank has excess reserves, it has credit available, and it can make loans. Actually, a bank can make loans *only* if it has excess reserves. When a bank makes a loan, it simply creates a demand deposit for the borrower. This creation of a demand deposit causes the bank's excess reserves to fall because the extra deposits created by the loan use up some of the excess reserves the bank has on hand.

Assume for simplicity that there is only one private bank in the country, that the required reserve ratio is 20%, and that the bank starts off with nothing, as shown in Panel 1 of Figure 26.2. Now suppose that dollar bills are in circulation and that someone deposits 100 of them in the bank. The bank deposits the $100 with the central bank, so it now has $100 in reserves, as shown in Panel 2. The bank now has assets (reserves) of $100 and liabilities (deposits) of $100. If the required reserve ratio is 20%, the bank now has excess reserves of $80.

How much can the bank lend and still meet the reserve requirement? For the moment, let's suppose that anyone who gets a loan keeps the entire proceeds in the bank or pays them to someone else who does. Nothing is withdrawn as cash. In this case, the bank can lend $400 and still meet the reserve requirement, as you can see in Panel 3 of Figure 26.2. With $80 of excess reserves, the bank can have up to $400 of additional deposits. The $100 in deposits plus $400 in loans (which are made as deposits) equal $500 in deposits. With $500 in deposits and a required reserve ratio of 20%, the bank must have reserves of $100 (20% of $500)—and it does. The bank can lend no more than $400 because if it were to do so, its reserve requirement would exceed $100. When a bank has no excess reserves and thus can make no more loans, it is said to be **loaned up.**

Remember, the *money supply* (*M*1) equals cash in circulation plus deposits. Before the initial deposit, the money supply was $100 ($100 cash and no deposits). After the deposit and the loans, the money supply is $500 (no cash outside of bank vaults and $500 in deposits). It is clear, then, that when cash is converted into deposits, the supply of money can change.

The bank whose T accounts are presented in Figure 26.2 is allowed to make loans of $400 based on the assumption that loans that are made *stay in the bank* in the form

**FIGURE 26.2**
**Balance Sheets of a Bank in a Single-Bank Economy**

**Panel 1**

| Assets | Liabilities |
|---|---|
| Reserves 0 | 0 Deposits |

**Panel 2**

| Assets | Liabilities |
|---|---|
| Reserves 100 | 100 Deposits |

**Panel 3**

| Assets | Liabilities |
|---|---|
| Reserves 100<br>Loans 400 | 500 Deposits |

of deposits. Now suppose that I borrow from the bank to buy a personal computer, and I write a check to the computer store. If the store also deposits its money in the bank, my check merely results in a reduction in my account balance and an increase to the store's account balance within the bank. No cash has left the bank. As long as the system is closed in this way—remember that we have so far assumed that there is only one bank—the bank knows that it will never be called upon to release any of its $100 in reserves. It can thus expand its loans up to the point where its total deposits are $500.

In practice, of course, there are many banks in the country, a situation that is depicted in Figure 26.3. As long as the banking system as a whole is closed, it is still possible for an initial deposit of $100 to result in an expansion of the money supply to $500, but more steps are involved when there is more than one bank.

A simple example will help to clarify this point. Assume that Mary makes an initial deposit of $100 in Bank 1, and that the bank deposits the entire $100 with the Fed. (See Panel 1 of Figure 26.3.) Also assume that all loans that a bank makes are withdrawn from the bank as the individual borrowers write checks to pay for merchandise. After Mary's deposit, Bank 1 can make a loan of up to $80 to its customer Bill, because it needs to keep only $20 of its $100 deposit as reserves. (Remember that we are assuming a 20% required reserve ratio.)

The balance sheet of Bank 1 at the moment of the loan to Bill appears in Panel 2 of Figure 26.3. The bank now has loans of $80. It has credited Bill's account with the $80, so its total deposits are $180 ($80 in loans plus $100 in reserves). Bill then writes a check for $80 for a set of shock absorbers for his car. Bank 2 honors Bill's check by paying out $80 of its reserves, and its balance sheet now looks like that in panel 3 of Figure 26.3. After the bank pays out the $80, its assets include reserves of $20 and loans of $80; its liabilities are $100 in deposits. Both sides of the T account balance: The bank's reserves are 20% of its deposits, as required by law, and it is fully loaned up.

Bill wrote his check to Sam's Car Shop, and Sam deposits Bill's check in his bank, Bank 2. When the check clears, Bank 1 transfers $80 in reserves to Bank 2. (See