# Plaintiffs Exhibit "29"

This loan (NMG) allegedly made was to pay off WFS Loan # 115683340 (Wieland Financial Services, Inc). Recorded in Beaufort County, SC Register of Deeds office, Book 02282 pages 0359-0382 file number 2005104121 on 12/07/2005. MERS Min #1000776-0000007119-4. WFS Loan # 115683340 was apparently never paid off because WFS Loan # 115683340 still active in the register of deeds office and MERS Min #1000776-0000007119-4 is active in MERS.

This screen shot was taken 3/1/2013.


MERS® ServicerID - Resul

https://www.mers-servicerid.org/sis/search

MERS ServicerID www.mers-servicerid.org

Process Loans, Not Paperwork™

1 record matched your search:

Need help?

MIN: 1000776-0000007119-4 Note Date: 11/21/2005 MIN Status: Active

Servicer: Bank of America, N.A.
Simi Valley, CA

Phone: (800) 669-6607

If you are a borrower on this loan, you can click here to enter additional information and display the Investor name.

Return to Search

For more information about Mortgage Electronic Registration Systems, Inc. (MERS) please go to www.mersinc.org

Copyright© 2012 by MERSCORP Holdings, Inc.